UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 23-CR-80101-CANNON

UNITED STATES OF AMERICA,

vs.

CARLOS DE OLIVEIRA,
          Defendant.
_____/

**MOTION TO APPEAR *PRO HAC VICE*,
CONSENT TO DESIGNATION, AND REQUEST TO
ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

In accordance with Local Rules 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of John S. Irving, Esq., of the law firm of E & W Law, 1455 Pennsylvania Avenue, NW, Suite 400, Washington, DC  20004, Telephone: 301.807.5670, for purposes of appearance as co-counsel on behalf of Carlos De Oliveira in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit John S. Irving, Esq. to receive electronic filings in this case, and in support thereof states as follows:

    1.    John S. Irving, Esq. is not admitted to practice in the Southern District of Florida and is a member in good standing of the U.S. District Court for District of Columbia.

2. Movant, Larry Donald "Donnie" Murrell, Jr., Esq., of the Law Firm of L.D. Murrell, P.A., 400 Executive Center Drive, Suite 201, West Palm Beach, Florida 33401, 561.686.2700, is a member in good standing of The Florida Bar and the United States District Court for the Southern District of Florida and is authorized to file through the Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file and serve all documents and things that may be filed and served electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures. *See* Section 2B of the CM/ECF Administrative Procedures.

3. In accordance with the local rules of this Court, John S. Irving, Esq. has made payment of this Court's $200 admission fee. A certification in accordance with Rule 4(b) is attached hereto.

4. John S. Irving, Esq. by and through designated counsel and pursuant to Section 2B CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to John S. Irving, Esq. at email address: John.Irving@earthandwatergroup.com.

**WHEREFORE**, Larry Donald "Donnie" Murrell, Jr., Esq., moves this Court to enter an Order allowing John S. Irving, Esq. to appear before this Court on behalf of Carlos De Oliveira, for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to John S. Irving, Esq.

Dated: August 10, 2023.

> Respectfully submitted,
>
> */s Larry Donald Murrell, Jr.*
> _____
> **LARRY DONALD MURRELL, JR., ESQ.**
> **FLORIDA BAR NO: 326641**
> 400 Executive Center Drive
> Suite 201—Executive Center Plaza
> West Palm Beach, FL 33401
> Telephone: 561.686.2700
> Facsimile: 561.686.4567
> Email: ldmpa@bellsouth.net
> Attorney for Defendant De Oliveira

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing Motion to Appear *Pro Hac Vice*, Consent to Designation and Request to Electronically Receive Notices of Electronic Filings was served by electronic mail, on this 10th day of August, 2023, on all counsel or parties of record on the service list.

3

*/s Larry Donald Murrell, Jr.*
_____
**LARRY DONALD MURRELL, JR., ESQ.**

<u>SERVICE LIST</u>

U.S.A. vs. CARLOS DE OLIVEIRA
CASE NO:  23-CR-80101-CANNON
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Jay I. Bratt
Counselor to the Special Counsel
950 Pennsylvania Avenue, NW
Washington, D.C.  20530

David V. Harbach, II
Assistant Special Counsel

Julie A. Edelstein
Senior Assistant Special Counsel

Karen E. Gilbert, Esq.
United States Attorney's Office
Southern District of Florida
99 N.E. 4th Street
Miami, FL  33132

Michael E. Thakur, Esq.
United States Attorney's Office
99 N.E. 4th Street
Miami, FL  33132

Attorneys for Plaintiff, USA
Via Notice of Electronic Filing
Generated by CM/ECF