UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO:   23-CR-80101-CANNON

UNITED STATES OF AMERICA,

vs.

CARLOS DE OLIVEIRA,
                              Defendant.
_____/

## NOTICE OF COMPLIANCE

Larry Donald Murrell, Jr. hereby files this Notice of Compliance pursuant to the Court's Paperless Order entered on August 11, 2023 (DE#114), which required "all new counsel of record who do not already possess a required security clearance shall initiate and complete all tasks as directed by the Litigation Security Group of the U.S. Department of Justice, and thereafter file a Notice of Compliance no later than August 23, 2023."

This Notice is to certify that Counsel has received confirmation from Litigation Security Group that all outstanding applicant tasks required to proceed with initiating the background investigation have been completed.

*/s Larry Donald Murrell, Jr.*

_____

**LARRY DONALD MURRELL, JR., ESQ.**
**FLORIDA BAR NO:  326641**
400 Executive Center Drive
Suite 201—Executive Center Plaza
West Palm Beach, FL  33401
Telephone:  561.686.2700
Facsimile:   561.686.4567
Email:  ldmpa@bellsouth.net
Attorney for Defendant Carlos De Oliveira

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on August 22, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*/s Larry Donald Murrell, Jr.*

_____

**LARRY DONALD MURRELL, JR., ESQ.**

## SERVICE LIST

**U.S.A. vs. CARLOS DE OLIVEIRA**
**CASE NO:  23-CR-80101-CANNON**
**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

2

Jay I. Bratt
Counselor to the Special Counsel
950 Pennsylvania Avenue, NW
Washington, D.C.  20530

David V. Harbach, II
Assistant Special Counsel

Julie A. Edelstein
Senior Assistant Special Counsel

Karen E. Gilbert, Esq.
United States Attorney's Office
Southern District of Florida
99 N.E. 4th Street
Miami, FL  33132

Michael E. Thakur, Esq.
United States Attorney's Office
99 N.E. 4th Street
Miami, FL  33132

Attorneys for Plaintiff, USA
Via Notice of Electronic Filing
Generated by CM/ECF