UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 23-80101-CR-CANNON(s)

**UNITED STATES OF AMERICA**,

    Plaintiff,

v.

**DONALD J. TRUMP,**
**WALTINE NAUTA, and**
**CARLOS DE OLIVEIRA,**

    Defendants.

_____/

**NOTICE OF FILING**

The Government hereby gives notice that it filed two redacted versions of the Government's Notice Pursuant to Section 10 of the Classified Information Procedures Act, under seal with the Court by delivering them to the Classified Information Security Officer ("CISO"). The Government previously filed the Section 10 notice in unredacted form on September 14, 2023. The Government created the redacted versions so that certain defense counsel and court staff who have not yet received all of the necessary security clearances and/or "read-ins" to certain control systems may review the Section 10 notice. The redactions are minor: in one of the two versions (for counsel and staff who have received nearly all of the necessary clearances and/or "read-ins"), they relate to a single charged document, and in the other (for counsel and staff who have received

only interim clearances), they relate to eight of the charged documents. The cover sheets for the redacted versions of the Section 10 notice are attached hereto.

                Respectfully submitted,

                JACK SMITH
                Special Counsel

By:    */s/ Brett C. Reynolds*_____
       Brett C. Reynolds, Assistant Special Counsel
       Special Bar ID #A5503067
       Jay I. Bratt, Counselor to the Special Counsel
       Julie A. Edelstein, Senior Assistant Special Counsel
       David V. Harbach, II, Assistant Special Counsel
       David Raskin, Assistant Special Counsel
       950 Pennsylvania Avenue, N.W.
       Washington, D.C.  20530

September 18, 2023

## CERTIFICATE OF SERVICE

I certify that on September 18, 2023 I electronically filed the foregoing document with the Clerk of Court using CM/ECF.

                                                */s/ Brett C. Reynolds*
                                                Brett C. Reynolds