UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 23-80101-CR-CANNON(s)

UNITED STATES OF AMERICA,

Plaintiff,

v.                                                          *EX PARTE*

DONALD J. TRUMP,
WALTINE NAUTA, and
CARLOS DE OLIVEIRA,

Defendants.
_____/



Per Local Rule 5.4(d), the matter(s) shall remain sealed:

____ years; _____ (specific date);
☐ permanently; _____ (other).

☐ SEALED
☐ NOT SEALED

## SEALING ORDER

The Government, having applied to this Court for an Order sealing the Motion to Seal and *Ex Parte* Motion to Exceed Page Limits, and this order and the Court finding good cause:

**IT IS HEREBY ORDERED** that the Motion to Seal, the *Ex Parte* Motion to Exceed Page Limits, and this Order shall be filed under seal until further order of this Court.

**DONE AND ORDERED** in chambers at Fort Pierce, Florida, this _____ day of November 2023.

_____
AILEEN M. CANNON
UNITED STATES DISTRICT JUDGE