UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 23-80101-CR-CANNON

**UNITED STATES OF AMERICA**,

      Plaintiff,

vs.

**DONALD J. TRUMP, WALTINE NAUTA,**
and **CARLOS DE OLIVEIRA,**

      Defendants.
_____/

**SEALED ORDER GRANTING IN PART**
**SEALED CONSENT MOTION TO EXCEED PAGE LIMITS**

**THIS CAUSE** comes before the Court upon the Special Counsel's Sealed Consent Motion to Exceed Page Limits (the "Motion") [ECF No. 225]. The Special Counsel moves for leave to file a single, combined CIPA Section 4 motion as to all three Defendants exceeding the standard page limits [ECF No. 225]. The Court has reviewed the Motion and is otherwise fully advised in the premises. Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Special Counsel's Motion [ECF No. 225] is **GRANTED IN PART** as follows.

   a. The Special Counsel shall file three separate CIPA Section 4 motions at this time, one for each Defendant. Each separate motion shall not exceed fifty-five (55) double-spaced pages, excluding attachments and exhibits. Each motion should be sufficiently tailored to each Defendant and shall provide the specific bases for deleting or substituting discoverable classified information from each Defendant based on the applicable pending charges and the relevant facts and circumstances as to each Defendant.

CASE NO. 23-80101-CR-CANNON

    b. This Order does not preclude the Special Counsel from moving to file additional CIPA Section 4 motions as necessary.

2. In light of this Order, the deadline for the Special Counsel to file its CIPA Section 4 motions is hereby reset to **December 6, 2023**.

3. **This Order shall be filed under seal**.

**DONE AND ORDERED** in Chambers in Fort Pierce, Florida, this 29th day of November 2023.

*[signature]*

**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record