Classified
Information Security Officer
CISO
Date  12/6/23

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 23-80101-CR-CANNON(s)

| | |
|---|---|
| UNITED STATES OF AMERICA, | )<br>)<br>) |
| v. | ) Filed *Ex Parte, In Camera and*<br>) **Under Seal with the Classified** |
| DONALD J. TRUMP,<br>WALTINE NAUTA, and<br>CARLOS DE OLIVEIRA, | ) **Information Security Officer**<br>)<br>)<br>) |
| Defendants. | ) |

**GOVERNMENT'S CLASSIFIED *EX PARTE, IN CAMERA*, UNDER SEAL MOTION FOR AN ORDER PURSUANT TO CIPA SECTION 4 AND FED R. CRIM. P. 16(d)(1) WITH RESPECT TO DEFENDANT NAUTA**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 23-80101-CR-CANNON(s)

Filed with the Classified Information Security Officer
CISO _____
Date 12/6/23

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| | ) |
| v. | ) Filed *Ex Parte, In Camera* and |
| | ) Under Seal with the Classified |
| DONALD J. TRUMP, | ) Information Security Officer |
| WALTINE NAUTA, and | ) |
| CARLOS DE OLIVEIRA, | ) |
| | ) |
| Defendants. | ) |

**GOVERNMENT'S CLASSIFIED *EX PARTE, IN CAMERA*, UNDER SEAL MOTION FOR AN ORDER PURSUANT TO CIPA SECTION 4 AND FED R. CRIM. P. 16(d)(1) WITH RESPECT TO DEFENDANT DE OLIVEIRA**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 23-80101-CR-CANNON(s)

Filed with the Classified Information Security Officer

CISO __NSS__
Date __12/6/23__

UNITED STATES OF AMERICA, )
)
)
v. ) Filed *Ex Parte, In Camera* and
) Under Seal with the Classified
DONALD J. TRUMP, ) Information Security Officer
WALTINE NAUTA, and )
CARLOS DE OLIVEIRA, )
)
Defendants. )

**GOVERNMENT'S CLASSIFIED *EX PARTE, IN CAMERA*, UNDER SEAL MOTION FOR AN ORDER PURSUANT TO CIPA SECTION 4 AND FED R. CRIM. P. 16(d)(1) WITH RESPECT TO DEFENDANT TRUMP**