UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 23-80101-CR-CANNON

**UNITED STATES OF AMERICA**,

    Plaintiff,
v.

**DONALD J. TRUMP,**
**WALTINE NAUTA**, and
**CARLOS DE OLIVEIRA**,

    Defendants.
_____/

**ORDER GRANTING CONSENT MOTION TO PERMIT DEFENSE LAW CLERK AND ANALYST TO BRING ELECTRONIC DEVICES INTO THE COURTHOUSE**

**THIS CAUSE** comes before the Court upon the Motion to Allow Electronic Devices into Courthouses in this District (the "Motion"), filed by Defendants Donald J. Trump and Waltine Nauta [ECF No. 249]. Defendants seek permission to permit designated staff members, specifically a law clerk and legal analyst assisting their respective defense teams, to bring electronic devices into the Wilkie D. Ferguson, Jr. U.S. Courthouse, C. Clyde Atkins U.S. Courthouse, Paul G. Rogers Federal Building and U.S. Courthouse, and Alto Lee Adams, Sr. U.S. Courthouse to facilitate communications between defense counsel. The Court has reviewed the Motion and the full record.

Upon review, it is **ORDERED AND ADJUDGED** as follows:

1. The Motion to Allow Electronic Devices into the Courthouse [ECF No. 249] is **GRANTED** and shall remain in effect until resolution of this proceeding.

CASE NO. 23-80101-CR-CANNON

2. Brand Woodward Law LP's law clerk and Blanche Law PLLC's legal analyst may bring electronic devices into the Ferguson, Atkins, Rogers, and Alto Lee Adams Courthouses as referenced in the Motion.

3. The Court shall deliver the names of such individuals to the U.S. Marshals Service and transmit a copy to counsel of record.

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this 4th day of January 2024.

*[signature]*

**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc:   counsel of record

U.S. Marshals Service