UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 23-80101-CR-CANNON(s)

UNITED STATES OF AMERICA,

v.

DONALD J. TRUMP,
WALTINE NAUTA, and
CARLOS DE OLIVEIRA,

      Defendants.
_____/

## NOTICE OF FILING

The Government hereby gives notice that it has filed the Government's Response to Trump's Challenge to the Government's CIPA Section 4 Motion under seal with the Court by delivering it to the Classified Information Security Officer ("CISO") on January 30, 2024. An unclassified cover sheet for the Response is attached hereto.

                            Respectfully submitted,

                            JACK SMITH
                            Special Counsel

By:    */s/ Brett C. Reynolds*
        Jay I. Bratt, Counselor to the Special Counsel
        Julie A. Edelstein, Senior Assistant Special Counsel
        David V. Harbach, II, Assistant Special Counsel
        David Raskin, Assistant Special Counsel
        Brett C. Reynolds, Assistant Special Counsel
        950 Pennsylvania Avenue, N.W.
        Washington, D.C. 20530

January 30, 2024

## **CERTIFICATE OF SERVICE**

I certify that on January 30, 2024 I electronically filed the foregoing document with the Clerk of Court using CM/ECF.

*/s/ Brett C. Reynolds*
Brett C. Reynolds
