Filed with Classified
Information Security Officer
CISC:
Date: 1/26/24

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 23-80101-CR-CANNON(s)

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Filed Under Seal with the Classified |
| ) | Information Security Officer |
| DONALD J. TRUMP, ) | |
| WALTINE NAUTA, and ) | |
| CARLOS DE OLIVEIRA, ) | |
| ) | |
| Defendants. ) | |

GOVERNMENT'S RESPONSE TO TRUMP'S CHALLENGE TO THE
GOVERNMENT'S CIPA SECTION 4 MOTION