Case 9:23-cr-80101-AMC   Document 277-3   Entered on FLSD Docket 02/02/2024   Page 1 of 1

# EXHIBIT C
# (UNDER SEAL)