UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 23-80-1010-CR-CANNON

UNITED STATES OF AMERICA,

v.

DONALD J. TRUMP,
WALTINE NAUTA, and
CARLOS DE OLIVIERA,

        Defendants.

## NOTICE OF FILING

Defendants Donald J. Trump, Waltine Nauta, and Carlos De Oliveira hereby give notice that their Classified Supplement to their Reply (ECF No. 300) in support of their January 16, 2024 Motion to Compel (ECF No. 262) was filed under seal with the Court by delivering a copy to the Classified Information Security Officer ("CISO") on February 9, 2024. An unclassified cover sheet for the notice is attached hereto.

[SIGNATURE BLOCK NEXT PAGE]

1

Dated: February 10, 2024

Respectfully submitted,

<u>*s/ Stanley E. Woodward, Jr.*</u>
Stanley E. Woodward, Jr. (*pro hac vice*)
Brand Woodward Law, LP
400 Fifth Street NW, Suite 350
Washington, DC 20001
202.996.7447 (telephone)
202.996.0113 (facsimile)
stanley@brandwoodwardlaw.com

<u>*s/ Sasha Dadan*</u>
Sasha Dadan (Fla. Bar No. 109069)
Dadan Law Firm, PLLC
201 S. 2nd Street, Suite 202
Fort Pierce, Florida 34950
772.579.2771 (telephone)
772.264.5766 (facsimile)
sasha@dadanlawfirm.com

*Counsel for Defendant Waltine Nauta*

## CERTIFICATE OF SERVICE

I hereby certify that on February 10, 2024, I electronically submitted the foregoing, via CM/ECF, to counsel of record.

                                        Respectfully submitted,

                                        *s/ Sasha Dadan*
                                        Sasha Dadan (Fla. Bar No. 109069)
                                        Dadan Law Firm, PLLC
                                        201 S. 2nd Street, Suite 202
                                        Fort Pierce, Florida 34950
                                        772.579.2771 (telephone)
                                        772.264.5766 (facsimile)
                                        sasha@dadanlawfirm.com

                                        *Counsel for Defendant Waltine Nauta*