## **Instructions for Jury Questionnaire**

You have been selected for consideration to serve as a potential juror for a trial that is scheduled to begin on May 20, 2024. You are here today for only one purpose: to fill out a juror questionnaire. Once you have completed the questionnaire, you are finished for the day. You will receive additional instructions before you leave the courtroom about when to return for jury service in this case.

This questionnaire is designed to determine whether potential jurors can decide this case fairly, based solely on the evidence presented at trial and the instructions on the law given by the judge. The information that you provide in response to these questions will be given to the Court and the parties. When you return for continued jury selection on May 20, you likely will be asked follow-up questions about your responses. Filling out the questionnaire now will speed up the process when you return for in-person jury selection.

It is important that you understand that the Court is sensitive to your privacy. The information contained in your answers will be used only by the Court and the parties to select a fair and impartial jury. The parties are under Court order to maintain the confidentiality of any information they learn from reviewing answers to this questionnaire.

Your answers to the questionnaire are under penalty of perjury, so you must answer them truthfully. Please follow the instructions below when answering:

- Answer each question carefully, truthfully, and completely. Your responses should reflect your own personal knowledge, beliefs, or opinions. Please keep in mind that there are no right or wrong answers. Every person has beliefs and opinions concerning many things. You should answer honestly with your true feelings, whatever they may be. Do not assume that any of your answers will qualify or disqualify you from serving on the jury.

- Do not consult, confer, or talk with any other person in completing this questionnaire. Your answers must be your own, and you may not ask for help in answering the questions.

- Please use blue or black ink. Do not use a pencil.

- Please write your assigned juror number at the top of each page. We ask this so that if a page becomes detached from your questionnaire, we are able to match it to the other pages.

- Please answer every question. Do not leave any questions blank. If a question does not apply to you in any way, write "N/A." If you cannot answer a question because you do not understand it, write, "Do not understand." If you do not know the answer to a question, write "Do not know."

- If your answers or explanations to any question will not fit completely in the space provided, please complete your answer on the pages provided at the end of the

JUROR NUMBER: _____

questionnaire.  Be sure to include the question number that corresponds to your answer on the explanation sheets.

- Do not write on the back of any page.

After you have completed the questionnaire, please certify the accuracy of your answers by writing your juror number (and not your name) on the final page, and return it to a member of the court staff.

In addition, now that you may be called to serve as a juror in this case, you **must** follow the instructions listed below.  That means you must follow these instructions between now and when you appear for in-person jury selection in this case.  The failure to follow these instructions could jeopardize the jury selection process and the fairness of the trial.

- Do not read, watch, or listen to anything related to this case, including but not limited to books, magazines, newspapers, the internet, television, radio, podcasts, or social media.

- Do not conduct any research about the case.

- Do not discuss or publicly post anything about this case.

- Do not discuss your possible service as a juror in this case with anyone, including your family members, friends, or employer, except as necessary to explain your absence from work or home.

Thank you for your cooperation with these instructions and for your careful and honest responses to the questionnaire.  Your forthright and full cooperation is of vital importance to the administration of justice in this case.


**PLEASE PRINT LEGIBLY - PLEASE USE ONLY BLACK OR BLUE INK**
**(NO PENCILS)**

JUROR NUMBER: _____

# JURY QUESTIONNAIRE

## **Introductory Questions**

1.  Name (First, Last)_____

2.  Age_____

3.  Juror Number:_____

4.  Are you able to complete this questionnaire without another's assistance?

Yes_____        No_____

5.  What is your place of birth? _____

6.  What county do you live in? _____

7.  What city or area of the county?_____

8.  How long have you lived where you live now? _____

9.  Where else have you lived in the last 5 years? (include approximate years)_____
    _____
    _____
    _____
    _____

10. Do you have any loss of hearing, loss of sight or any other medical or physical condition that
    would make it difficult for you to participate as a juror?

    Yes_____        No_____

    If yes, please explain: _____
    _____
    _____
    _____

JUROR NUMBER: _____

11. Are you currently suffering from any psychological or emotional conditions that would have an impact on your ability to serve on a jury?

Yes_____        No_____

If yes, please explain: _____

_____

_____

_____

12. Are you currently taking any medication or other substance that would have an impact on your jury service?

Yes_____        No_____

If yes, please explain: _____

_____

_____

_____

13. Do you have any problems understanding or reading the English language that would make jury duty difficult?

Yes_____        No_____

If yes, please explain: _____

_____

_____

_____

JUROR NUMBER: _____

14. Trial in this case is expected to begin on May 20, 2024, and to continue for **[4–6 / 8-10]** weeks. The jury will sit on Monday through _____ from _____ a.m. to _____ p.m.  The Court is aware that this is a demanding schedule.  However, in fairness to all involved in this important process, the Court will only excuse someone from jury duty for the most compelling reasons.  In other words, answering "yes" to this question will not necessarily result in the Court excusing you from jury service.  With this in mind, does the schedule described above impose a special hardship on you such that it would be difficult or impossible for you to serve in this case?

Yes_____          No_____

If yes, please explain: _____

_____

_____

_____

_____

15. Are you the sole or primary caretaker of a minor child, or an elderly or disabled family member or dependent whose care would interfere with your ability to serve as a juror in this trial?

Yes_____          No_____

If yes, please explain: _____

_____

_____

_____

## **Background Information**

16. What is your marital status? (check all that apply)

_____Single and never married
_____Married
_____Living with significant other or domestic partner
_____Separated or divorced
_____Widow or Widower

JUROR NUMBER: _____

17. Check the highest level of education for you and your spouse/significant other:

|  | You | Spouse/Significant Other |
|---|---|---|
| Grade school or less | _____ | _____ |
| Some high school | _____ | _____ |
| High school graduate | _____ | _____ |
| Technical or vocational school | _____ | _____ |
| Some college | _____ | _____ |
| College degree | _____ | _____ |
| Law degree | _____ | _____ |
| Medical degree | _____ | _____ |
| Master's degree (and describe field) | _____ | _____ |
| Doctoral degree (and describe field) | _____ | _____ |

18. If you have children or stepchildren, please list them:

| Age | Gender | Lives with you? | Educational Level | Occupation |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

19. What is your work status? (check all that apply)

_____Employed full time
_____Employed part time
_____Full- or part-time volunteer
_____Self-employed
_____Unemployed
_____Retired
_____Unable to work due to disability
_____Work in the home
_____Full- or part-time student
_____Other (please specify) _____

JUROR NUMBER: _____

20. Please fill in the chart below describing your work history.  If you are not currently working, begin with your most recent job.  In describing your duties and responsibilities, please include whether you were responsible for hiring, firing, managing, supervising, or disciplining other employees:

| Employer | Job | Years in job (e.g., 2019-2021) | Duties and responsibilities |
|----------|-----|-------------------------------|-----------------------------|
|          |     |                               |                             |
|          |     |                               |                             |
|          |     |                               |                             |

21. If you live with someone (other than children or stepchildren listed in response to Question No. 18 above) who is employed in any capacity, please state their employer, occupation, and responsibilities: _____

_____

22. Do you own or rent your home?

   Own_____      Rent_____      Other _____

   If you selected "other," please elaborate further: _____

_____

_____

23. Have you, your spouse/partner, or any family member ever served in any branch of the Armed Forces?

   Yes_____      No_____

   If yes, please explain who served, his/her rank, and approximate years of service: _____

_____

_____

_____

JUROR NUMBER: _____

24. Please name three people whom you admire the <u>most</u>, and explain why:

| Name | Reasons |
|------|---------|
| 1. | |
| 2. | |
| 3. | |

25. Please name three people whom you admire the <u>least</u>, and explain why:

| Name | Reasons |
|------|---------|
| 1. | |
| 2. | |
| 3. | |

26. What hobbies, interests, or activities do you enjoy in your spare time? _____

_____

_____

_____

_____

### **Organizational Affiliations and Civic Involvement**

27. Please list any organizations to which you or your spouse/partner belong, or in which you participate, or to which you have donated money, either now or in the last 5 years. Please include any civic, social, religious, charitable, volunteer, political, sporting, professional, business, union, fraternal, and recreational groups.

| You | |
|-----|---|
| Spouse/Partner | |

8

JUROR NUMBER: _____

28. Have you, your spouse/partner, a family member, or a close friend ever worked for a candidate for elected office or an elected official, in any capacity (volunteer or paid)?

Yes_____          No_____

If yes, please explain: _____

_____

_____

_____

29. Have you, your spouse/partner, a family member, or a close friend ever worked for, volunteered for, attended a fundraiser for or made a campaign contribution to a candidate for elected office (state-wide or federal office), a political campaign, or to a political action committee?

Yes_____          No_____

If yes, please explain: _____

_____

_____

_____

30. Have you, your spouse/partner, a family member, or a close friend ever attended a political rally in connection with a candidate running for elected office (state-wide or federal office)?

Yes_____          No_____

If yes, please describe the rally and when and where it occurred: _____

_____

_____

_____

_____

31. Have you, your spouse/partner, a family member, or a close friend ever run for, or held, elected office in a city, county, state, or federal government?

Yes_____          No_____

If yes, please explain: _____

_____

_____

JUROR NUMBER: _____

**32.** **Are you registered to vote?**

**Yes_____   No_____**

**33.** **If you responded "yes" to the prior question, are you registered with a particular party affiliation?**

**Yes_____   No_____**

**34.** **Did you vote in the 2020 Presidential election?**

**Yes_____   No_____**

35. In the last five years, have you displayed a bumper sticker or magnet on your car?

Yes_____      No_____

If yes, please explain: _____

_____

_____

_____


## Legal System

36. Have you ever served as a member of a grand jury?

Yes_____      No_____

If yes, please explain when/where, and whether you were the foreperson: _____

_____

_____

_____

37. If your answer to the previous question was "yes," was there anything about your experience as a grand juror that left you disappointed or dissatisfied with our justice system, or that makes you want to serve or not want to serve on a trial jury?

Yes_____      No_____

If yes, please explain: _____

_____

_____

_____

JUROR NUMBER: _____

38. Have you ever served as a member of a trial jury before?

     _____Yes, for a criminal case, _____ times
     _____Yes, for a civil case, _____ times
     _____No

39. If yes, were you ever the foreperson?

     Yes_____     No_____

40. If you served as a trial juror in a criminal case, what type of crime was charged? _____

_____

_____

41. If the answer to Question No. 33 was "Yes," did the jury reach a verdict? (please do not reveal what the verdict was)

     Yes_____     No_____

42. If your answer to Question No. 33 was "Yes," was there anything about your experience as a trial juror that left you disappointed or dissatisfied with our justice system, or that makes you want to serve or not want to serve on another trial jury?

     Yes_____     No_____

     If yes, please explain: _____

_____

_____

_____

JUROR NUMBER: _____

43. Have you, your spouse/partner, a member of your family, or a close friend, ever been the victim of, or witness to, a crime, whether or not that crime was reported to law enforcement?

Yes_____      No_____

If yes, please fill in the chart below.  The first line is an example.

| Who | Victim or witness? | Type of crime | Was it reported? | Outcome |
|---|---|---|---|---|
| Sister | Witness | Robbery | Yes | Never caught robber |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

How did you feel about how the police or law enforcement handled the incident(s)?  ____
_____
_____
_____

44. Have you, your spouse/partner, a member of your family, or a close friend ever received a subpoena, either for personal appearance in court or to produce documents?

Yes_____      No_____

If yes, please explain: _____
_____
_____
_____

45. Have you, your spouse/partner, a member of your family, or a close friend ever had property searched by law enforcement with a search warrant?

Yes_____      No_____

If yes, please explain: _____
_____
_____
_____

If yes, what was your opinion of the manner in which law enforcement conducted the search? _____

_____

_____

_____

46. Have you, your spouse/partner, a family member, or a close friend, ever been:

Accused of, arrested for, or charged with a crime?      Yes_____      No_____

Convicted of a crime?      Yes_____      No_____

If yes to either of the above, please provide the following information:

| Relationship (self, spouse, etc.) | Type of crime investigated or charged | Outcome |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

**What was your opinion of how fairly the individual(s) mentioned above were treated? / Did the matter(s) referenced above cause you to form an opinion about the police, law enforcement, or our criminal justice system?** _____

_____

_____

_____

_____

47. Have you, your spouse/partner, a family member, or a close friend worked in law enforcement, whether state, local, or federal?

Yes_____      No_____

If yes, please explain who, which law enforcement agency, and approximate dates of employment: _____

JUROR NUMBER: _____

_____
_____
_____

48. Have you, your spouse/partner, a family member, or a close friend ever worked as or applied for work as a lawyer, paralegal, or investigator in a legal office, including for a prosecutor or criminal defense attorney, or for a judge or in a court?

   Yes _____      No_____

   If yes, please explain and include approximate dates of employment:_____
_____
_____
_____
_____

49. If you have negative views about any of the following, please explain:

   Law enforcement officers (including the FBI):_____
_____
_____

   Federal prosecutors: _____
_____
_____

   Criminal defense attorneys: _____
_____
_____

   Judges: _____
_____
_____

   Politicians: _____
_____
_____

JUROR NUMBER: _____

50. Do you know anything about the process to obtain a security clearance for access to classified information?

Yes_____        No_____

If yes, please explain what you know and how you learned it: _____

_____

_____

51. Have you ever received any training on the handling of classified information or the law governing classified information?

Yes_____        No_____

If yes, please explain when, where, and who provided the training:_____

_____

_____

52. Do you, your spouse/partner, a family member, or a close friend currently hold a security clearance for access to classified information?

Yes_____        No_____

If yes, please explain who, what level of clearance, and when the person received it: _____

_____

_____

_____

53. In the past, have you ever held a security clearance for access to classified information?

Yes_____        No_____

If yes, please explain what level of clearance and when you held it: _____

_____

_____

JUROR NUMBER: _____

**Sources of News and Social Media Activity**

**54.** What are your main sources of news and commentary? **(check all that apply)** / **(please rank all that apply, with your primary source as number 1)**

| | |
|---|---|
| _____ABC News | _____Politico |
| _____Breitbart News | _____Slate |
| _____CBS News | _____The Daily Caller |
| _____CNN | _____The Miami Herald |
| _____Drudge Report | _____Treasure Coast News |
| _____FOX News | _____The New York Times |
| _____Huffington Post | _____The Patriot Post |
| _____Mother Jones | _____The Tucker Carlson Network |
| _____MSNBC | _____The Wall Street Journal |
| _____National Public Radio (NPR) | _____USA Today |
| _____NBC News | _____The Washington Post |
| _____Newsmax | _____Sunrise City News |
| _____NewsNation | _____I don't follow the news |
| _____One America News (OAN) | |
| _____PBS | |

55. What other sources, if any, do you rely on for news and information?_____
_____
_____
_____

56. Do you listen to or watch podcasts?

  Yes_____   No_____

  If yes, please describe which podcasts: _____
_____
_____
_____

57. Do you listen to talk radio?

  Yes_____   No_____

  If yes, please describe which programs: _____
_____
_____
_____

JUROR NUMBER: _____

58. Please indicate which social media platforms you view, or on which you have an account, and indicate how often you check them. (check all that apply)

| _____Facebook | _____Multiple times a day<br>_____Once a day<br>_____Every few days | _____Once in a while<br>_____Almost never |
|---|---|---|
| _____Gettr | _____Multiple times a day<br>_____Once a day<br>_____Every few days | _____Once in a while<br>_____Almost never |
| _____Instagram | _____Multiple times a day<br>_____Once a day<br>_____Every few days | _____Once in a while<br>_____Almost never |
| _____Snapchat | _____Multiple times a day<br>_____Once a day<br>_____Every few days | _____Once in a while<br>_____Almost never |
| _____Truth Social | _____Multiple times a day<br>_____Once a day<br>_____Every few days | _____Once in a while<br>_____Almost never |
| _____X (formerly Twitter) | _____Multiple times a day<br>_____Once a day<br>_____Every few days | _____Once in a while<br>_____Almost never |
| _____Threads | _____Multiple times a day<br>_____Once a day<br>_____Every few days | _____Once in a while<br>_____Almost never |
| _____Other (specify): | _____Multiple times a day<br>_____Once a day<br>_____Every few days | _____Once in a while<br>_____Almost never |

JUROR NUMBER: _____

59. Have you ever appeared on any television or radio news or politics program, or any news or politics podcast (including through a viewer/listener call-in)?

Yes_____        No_____

If yes, please explain: _____

_____

_____

_____

_____

60. Have you ever written or been quoted in any newspaper article, news magazine article, media report, book, or other published work?

Yes_____        No_____

If yes, please explain: _____

_____

_____

_____

_____

### Knowledge of Trial Participants and the Case

This questionnaire is for jury service in the trial of United States vs. Donald J. Trump, et al.  The defendants in the trial are former President Donald J. Trump, Mr. Waltine Nauta, and Mr. Carlos De Oliveira, all of whom are presumed innocent.   The trial will concern the alleged unauthorized possession by former President Trump of national defense information at the Mar-a-Lago Club in Palm Beach, Florida; and alleged obstruction by all three defendants of the government's investigation of the same.  There has been media coverage of this case, and there is nothing wrong with having heard or read something about the defendants or the case.  Please remember, though, that your answers to this questionnaire are under penalty of perjury, and you must truthfully and fully answer the following questions concerning your knowledge about the case and the trial participants.

61. The defendants in this case are former President Donald J. Trump, Mr. Waltine Nauta, and Mr. Carlos De Oliveira.  Have you met or had any personal, social or professional contact with any of these defendants or any of their family members?

Yes_____        No_____

If yes, please explain: _____

_____

JUROR NUMBER: _____

**62. Have you heard or read anything about the charges against former President Donald J. Trump in this case?**

Yes_____      No_____

If yes, please explain: _____
_____
_____

**63. Have you heard or read anything about Mr. Waltine Nauta?**

Yes_____      No_____

If yes, please explain: _____
_____
_____

**64. Have you heard or read anything about Mr. Carlos De Oliveira?**

Yes_____      No_____

If yes, please explain: _____
_____
_____

65. Have you, your spouse/partner, a family member, or a close friend ever worked **for / at** or done business with any **of the following Trump properties in Florida, or at any other** Trump properties? **(check all that apply)**

_____**Mar-a-Lago Club**
_____**Trump International Beach Resort Miami**
_____**Trump Grande**
_____**Trump Tower Sunny Isles**
_____**Trump Hollywood**
_____**Trump International Golf Club West Palm Beach**
_____**Trump National Doral Miami**
_____**Trump National Golf Club Jupiter**
_____**Other Trump property (specify which)**_____

If yes, please explain: _____
_____
_____

JUROR NUMBER: _____

_____
_____
_____

**66. Are you a resident, property owner, or member at any of the Trump properties listed above?**

**Yes_____   No_____**

    **If yes, please explain:** _____
_____
_____

67. Donald J. Trump is a well-known public figure.  Do you have any opinions, feelings, or beliefs about Mr. Trump?

    Yes_____        No_____

    If yes, please explain: _____
_____
_____
_____
_____

68. Do you have any opinions about those who work for Mr. Trump?

    Yes_____        No_____

    If yes, please explain: _____
_____
_____
_____
_____

69. **During the pendency of this case (i.e., since June 2023),** have you posted any comments on social media about Mr. Trump, this investigation, or this case?

    Yes_____        No_____

    If yes, please explain which social media and describe the post: _____
_____
_____

JUROR NUMBER: _____

_____

_____

70. During the pendency of this case (i.e., since June 2023), to your knowledge has your spouse/partner, a family member, or a close friend posted any comments on social media about Mr. Trump, this investigation, or this case?

Yes_____        No_____

If yes, please explain who posted, which social media, and describe the post: _____

_____

_____

_____

_____

71. Do you believe the 2020 U.S. presidential election was stolen?

Yes_____        No_____        Not sure_____

If not sure, please explain: _____

_____

_____

72. Do you have any opinions, feelings, or beliefs about the U.S. Department of Justice or the FBI?

Yes_____        No_____

If yes, please explain: _____

_____

_____

_____

_____

73. Have you seen, read about, or heard about the allegations against the defendants in this case?

Yes_____        No_____

If yes, please explain, including how closely you follow the media coverage about this case (e.g., weekly news feeds online and on television): _____

_____

_____

_____

JUROR NUMBER: _____

_____

_____

**74.** **How would you describe the amount of media coverage you have seen or heard about this case?**

_____**A lot (many articles, feeds, television stories, and/or radio coverage)**
_____**A moderate amount (basic coverage in the news)**
_____**A little (basically just heard about it, but haven't read or followed much)**
_____**None (never heard of case before today)**

**75.** **Have you read about or heard about the FBI's execution of a search warrant at the Mar-a-Lago Club in August 2022?**

**Yes_____      No_____**

**If yes, please describe what you have read or heard:_____**
_____
_____
_____
_____

**76.** **If your answer to the previous question was "Yes," do you have any opinions about the FBI's execution of the search warrant?**

**Yes_____      No_____**

**If yes, please explain: _____**
_____
_____
_____
_____

**77.** **Have you seen, read about, or heard about any statements by Mr. Trump about this investigation?**

**Yes_____      No_____**

**If yes, please describe the statements and how you learned about them: _____**
_____
_____
_____

JUROR NUMBER: _____

_____

_____

_____

78. If your answer to the previous question was "Yes," what is your opinion about Mr. Trump's statements? _____

_____

_____

_____

_____

79. Have you seen, read about, or heard about any statements by Mr. Trump about the Special Counsel's Office or the Special Counsel, Jack Smith?

Yes_____        No_____

If yes, please describe the statements and how you learned about them: _____

_____

_____

_____

_____

_____

80. If your answer to the previous question was "Yes," what is your opinion about Mr. Trump's statements? _____

_____

_____

_____

81. Do you believe that the investigation or prosecution of Donald J. Trump by the Department of Justice and the FBI is unfair?

Yes_____        No_____        I don't know_____

If yes, please explain / Please explain: _____

_____

_____

_____

_____

JUROR NUMBER: _____

**82.** **Do you believe that Mr. Trump, Mr. Nauta, or Mr. De Oliveira is being treated unfairly by the court system?**

**Yes_____      No_____      I don't know_____**

**If yes, please explain: / Please explain:_____**
_____
_____
_____
_____

83. Have you done any online research about the allegations against the defendants in this case?

Yes_____        No_____

If yes, please describe what you have researched and learned: _____
_____
_____
_____
_____
_____

**84.** **Do you have any concerns about the reactions of your friends, family, or community to your service as a juror on this case?**

**Yes_____      No_____**
**If yes, please explain: _____**
_____
_____
_____
_____

**85.** **Members of the jury in this case will have to render a verdict based on the evidence presented at trial and the instructions on the law that the Court provides, and must disregard and put out of mind any potential consequences of their verdict, one way or the other. Do you have any concerns about being able to follow this rule?**

**Yes_____      No_____      Maybe_____**

**If yes or maybe, please explain: _____**
_____
_____
_____

JUROR NUMBER: _____

**86.** **Do you have any opinions or concerns about a former President of the United States being charged with a crime?**

Yes_____          No_____

If yes, please explain: _____

**Final Questions**

**87.** An indictment is not evidence. It is a document that sets forth the charges made against a defendant; it is an accusation. It may not be considered as any evidence whatsoever of a defendant's guilt. Can you think of any reason that would interfere with your ability to follow and apply this principle of law?

Yes_____          No_____

**88.** A defendant is presumed innocent and cannot be found guilty unless the jury, unanimously and based solely on the evidence in this case, finds that the government has proven his guilt beyond a reasonable doubt. The burden of proving guilt rests entirely with the government. The defendant is not required to prove his innocence. Can you think of any reason that would interfere with your ability to follow and apply these principles of law?

Yes_____          No_____

**89.** The United States has the burden of proving its case beyond a reasonable doubt as to each defendant and each individual count on the indictment separately.

a. If the United States proves a defendant's guilt beyond a reasonable doubt, the defendant must be found guilty. Can you think of any reason that would interfere with your ability to follow and apply this principle of law?

Yes_____          No_____

25

JUROR NUMBER: _____

b.  If the United States fails to prove a defendant's guilt beyond a reasonable doubt, the defendant must be found not guilty.  Can you think of any reason that would interfere with your ability to follow and apply this principle of law?

Yes_____          No_____

90. If selected as a juror in this case, you must consider the case of each defendant separately and individually.  If you find any defendant guilty of one crime, that must not affect your verdict for any other crime, or any other defendant.  Are you willing and able to follow this instruction?

Yes_____          No_____

If no, please explain: _____
_____
_____

91. Similarly, if selected as a juror in this case, you must consider the case of each defendant in this case based solely on the evidence presented to you and the instructions on the law that the Court gives you.  You may not decide the case of these defendants based on whether other individuals have or have not been charged, or on opinions you may have about whether other individuals should or should not be charged with similar crimes.  Are you willing and able to follow this instruction? / Would you be able to assess the evidence as against each defendant separately and potentially render a verdict against one defendant but not others?

Yes_____          No_____

If no, please explain: _____
_____
_____
_____

JUROR NUMBER: _____

92. Jurors are the sole judges of the facts.  However, the jury must follow the principles of law as instructed by the judge, including the Court's instructions on reasonable doubt and the presumption of innocence.  The jury may not follow some rules of law and ignore others. Even if jurors disagree with or dislike the rules of law or do not understand the reasons for some of the rules, it is their duty to follow them.  Are you willing and able to follow the law as the Court instructs you in this case?

Yes_____          No_____

If no, please explain: _____

_____

_____

93. One instruction the Court will give you is that the defendants in this case have the absolute right not to testify.  However, one or more defendants may nevertheless elect to testify.  If one or more defendant testifies but others do not, would you have an opinion about the guilt of a defendant who does not testify?

Yes_____          No_____

If yes, please explain: _____

_____

94. Could you impartially consider the evidence of this case irrespective of a defendant's motive?

Yes_____          No_____

If no, please explain: _____

_____

95. If selected as a juror, you will not be allowed to discuss anything about this case with anyone outside of the courtroom, including your closest family and friends.  Are you willing and able to follow this rule as the Court instructs you?

Yes_____          No_____

If no, please explain: _____

_____

_____

JUROR NUMBER: _____

96. If selected as a juror, for the duration of the trial you will not be permitted to read or listen to any news about the case, or search for any information related to it.  Are you willing and able to follow this rule as the Court instructs you?

Yes_____          No_____

If no, please explain: _____

_____

_____

97. Would any of your religious, philosophical, or moral beliefs prevent you from sitting in judgment of another person or deliberating with others?

Yes_____          No_____

If yes, please explain: _____

_____

_____

_____

_____

**98. Have you ever changed your mind about an important decision you had to make in your life?**

**Yes_____          No_____**

**If yes, please give a specific example or examples: _____**

_____

_____

_____

_____

99. Is there any other reason, or any information not otherwise covered by this questionnaire—including anything else in your background, experience, employment, training, education, knowledge, or beliefs—that would affect your ability to reach a verdict based solely on the evidence presented to you and the instructions on the law that the Court gives you?

Yes_____          No_____

If yes, please explain: _____

_____

_____

_____

JUROR NUMBER: _____

Additional space: (please include the question numbers corresponding to your answers)

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

JUROR NUMBER: _____

_____

_____

_____

JUROR NUMBER: _____

## CERTIFICATION

By signing below, I, _____, hereby declare under penalty of perjury that all of the answers to the above questions are true and correct to the best of my knowledge and belief.  I have not discussed my answers with others, or received assistance in completing the questionnaire.  I have answered all of the above questions myself.

_____
Date

_____
**Juror Number** / **Signature**