UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 23-80101-CR-CANNON-REINHART

UNITED STATES OF AMERICA,

    *Plaintiff,*

v.

DONALD J. TRUMP, et al.,

    *Defendants*.

**ORDER GRANTING MOTION TO APPEAR
*PRO HAC VICE*, CONSENT TO DESIGNATION AND REQUEST TO
ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

THIS CAUSE having come before the Court on the Motion to Appear *Pro Hac Vice* for Gene C. Schaerr, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing (the "Motion"), pursuant to the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys in the United States District Court for the Southern District of Florida and Section 2B of the CM/ECF Administrative Procedures. This Court having considered the motion and all other relevant factors, it is hereby

ORDERED AND ADJUDGED that:

The Motion is GRANTED. Gene C. Schaerr may appear and participate in this action on behalf of *Amici Curiae* Former Attorney General Edwin Meese III, Law Professors Steven Calabresi and Gary Lawson, Citizens United, and Citizens United Foundation. The Clerk shall provide electronic notification of all electronic filings to Gene C. Schaerr at gschaerr@schaerr-jaffe.com.

2

DONE AND ORDERED in Chambers at _____, Florida, this \_\_\_\_ day of _____.

_____
United States District Judge

Copies furnished to: All Counsel of Record