UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 23-80101(s)-CR-CANNON

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DONALD J. TRUMP,
WALTINE NAUTA, and
CARLOS DE OLIVEIRA,

    Defendants.
_____/

## NOTICE OF FILING

Pursuant to the Court's paperless Order at ECF No. 474, the Government hereby gives notice that it filed under seal, at ECF No. 482, Exhibit 3 to the Government's Response to Defendant Nauta's Motion to Dismiss for Selective and Vindictive Prosecution, docketed as ECF No. 486. Exhibit 3 contains excerpts of the transcript of Person 11's April 6, 2023 grand jury testimony. The Government also gives notice that it filed under seal (1) a Second Amended Index of Names Redacted in Motion to Compel Litigation and Nauta Motion to Dismiss for Selective and Vindictive Litigation and (2) a Report Regarding Grand Jury Materials (in compliance with ECF No. 466).

Respectfully submitted,

JACK SMITH
Special Counsel

By:   */s/ Jay I. Bratt*
      Jay I. Bratt
      Counselor to the Special Counsel
      Special Bar ID #A5502946

950 Pennsylvania Avenue, N.W.
Washington, D.C.  20530

David V. Harbach, II
Assistant Special Counsel
Special Bar ID #A5503068

## CERTIFICATE OF SERVICE

I, Jay I. Bratt, certify that on April 26, 2024, I served the foregoing document on all parties via CM/ECF.

*/s/ Jay I. Bratt*
Jay I. Bratt
