

**U.S. Department of Justice**

*United States Attorney's Office*
*Middle District of Pennsylvania*

Website: *www.justice.gov/usao/pam/*
Email: ▮▮▮▮▮@usdoj.gov

---

*William J. Nealon Federal Building*
*235 N. Washington Avenue, Suite 311*
*P.O. Box 309*
*Scranton, PA 18503-0309*
*(570) 348-2800*
*FAX (570) 348-2037/348-2830*
*TTY (570) 341-2077*

*Sylvia H. Rambo United States Courthouse*
*1501 N. 6th Street*
*Box 202*
*Harrisburg, PA 17102*
*(717) 221-4482*
*FAX (717) 221-4493/221-2246*
*TTY (717) 221-4452*

*Herman T. Schneebeli Federal Building*
*240 West Third Street, Suite 316*
*Williamsport, PA 17701-6465*
*(570) 326-1935*
*FAX (570) 326-7916*
*TTY (570) 326-9843*

*Please respond to: Harrisburg*

August 14, 2023

<u>Via Federal Express</u>

Stanley Woodward
▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮

    Re:  <u>*United States v. Donald J. Trump, etl al.*,</u>
          <u>Case No. 23-CR-80101</u>

Mr. Woodard:

Enclosed are unfiltered and unscoped forensic reports of your client's, Walt Nauta, iPhones and iCloud accounts. Specifically, we are providing to you Cellebrite UFDR files, Human Readable Reports for the following devices and accounts:

- iPhone 12 Pro Max, ▮▮▮▮▮
  IMEI: ▮▮▮▮▮▮▮▮▮

- iPhone 13 Pro Max, ▮▮▮▮▮
  IMEI: ▮▮▮▮▮▮▮▮▮

- Apple iCloud Account: ▮▮▮▮▮▮▮▮▮@gmail.com; +▮▮▮▮▮▮

- Apple iCloud Account: ▮▮▮▮▮▮▮@45office.com
  DSID: ▮▮▮▮▮

As we discussed, I will provide you with the password in a separate communication.

                                            Sincerely,

                                            Assistant United States Attorney