UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 23-80-1010-CR-CANNON

UNITED STATES OF AMERICA,

v.

DONALD J. TRUMP,
WALTINE NAUTA, and
CARLOS DE OLIVIERA,

        Defendants.

## NOTICE OF FILING

Defendants Waltine Nauta and Carlos De Oliveira hereby give notice that their Classified Notice pursuant to Section 5(a) of the Classified Information Protection Act, 18 U.S.C. App. 1, *et seq.* ("CIPA"), was filed under seal with the Court by delivering a copy to the Classified Information Security Officer ("CISO") on June 17, 2024.

An unclassified cover sheet from the Notice is attached hereto.

[SIGNATURE BLOCK NEXT PAGE]

|  |  |
|---|---|
| Dated: June 20, 2024 | Respectfully submitted,<br><br> *s/ Stanley E. Woodward, Jr.*<br>Stanley E. Woodward, Jr. (*pro hac vice*)<br>Brand Woodward Law, LP<br>400 Fifth Street NW, Suite 350<br>Washington, DC 20001<br>202.996.7447 (telephone)<br>202.996.0113 (facsimile)<br>stanley@brandwoodwardlaw.com<br><br> *s/ Sasha Dadan*<br>Sasha Dadan (Fla. Bar No. 109069)<br>Dadan Law Firm, PLLC<br>201 S. 2nd Street, Suite 202<br>Fort Pierce, Florida 34950<br>772.579.2771 (telephone)<br>772.264.5766 (facsimile)<br>sasha@dadanlawfirm.com<br><br>*Counsel for Defendant Waltine Nauta* |

**CERTIFICATE OF SERVICE**

      I hereby certify that on June 20, 2024, I electronically submitted the foregoing, via CM/ECF, to counsel of record.

      Respectfully submitted,

      *s/ Sasha Dadan*
Sasha Dadan (Fla. Bar No. 109069)
Dadan Law Firm, PLLC
201 S. 2nd Street, Suite 202
Fort Pierce, Florida 34950
772.579.2771 (telephone)
772.264.5766 (facsimile)
sasha@dadanlawfirm.com

*Counsel for Defendant Waltine Nauta*