# EXHIBIT 2

```
 1
 2
 3
 4
 5
 6                    RECORDED INTERVIEW BETWEEN
 7    ASSISTANT SPECIAL COUNSEL STEPHEN MARZEN, ASSISTANT SPECIAL
 8    COUNSEL DAVID RASKIN,        ▮▮▮ FBI 47 ▮▮▮      , ▮▮
 9          ▮▮ FBI 46 ▮▮  ,  ▮ Per. 81 ▮  ,  ▮▮▮▮▮▮▮▮
10                           ▮▮▮▮▮▮
11
12                    File: 230224_1002.mp3
13
14         Date:    February 24, 2023
15
16
17
18
19
20
21
22
23
24
25
```

FREE STATE REPORTING, INC.
Court Reporting  Transcription
D.C. Area 301-261-1902
Balt. & Annap. 410-974-0947

Subject to Protective Order                                    USA-00813354

```
 1    (01:12:00)
 2              MR. RASKIN:  And where is that cluster?
 3              [Per. 81]:  Next to his bed.  So if you walk into
 4    the room, his bed -- there's a nightstand, his bed, and then
 5    there's, like, a -- where another nightstand was but nobody
 6    ever slept on that side of the bed usually so he would have
 7    it all full of boxes.
 8              MR. RASKIN:  Got it.  And give us a sense of --
 9    that cluster, I think you said, towards the end of the
10    term --
11              [Per. 81]:  Correct.
12              MR. RASKIN:  -- because now he knows, you know, he
13    might be taking stuff with him.  But before we get into
14    that, before the election, before he's even thinking about
15    leaving or staying or anything, he's going through boxes.
16              [Per. 81]:  Yes.
17              MR. RASKIN:  And in that normal course, where did
18    the stuff that he liked go?
19              [Per. 81]:  Back into those boxes.
20              MR. RASKIN:  Back into the boxes?
21              [Per. 81]:  And then those were just kind of in a
22    separate area and when we came in -- so we would come in and
23    he would point out which ones he wanted to take for specific
24    trips.  We also used to reference A Beautiful Mind because,
25    like, we would never touch anything in the boxes because --
```

FREE STATE REPORTING, INC.
Court Reporting   Transcription
D.C. Area 301-261-1902
Balt. & Annap. 410-974-0947

Subject to Protective Order

USA-00813420

1  (01:13:19)

2  [Per. 81]: -- he knew where it was. There were

3  conversations -- like, he knew which ones had what in them.

4  We had conversations with the Staff Secretary for us to,

5  quote, go into the boxes and get things out. So he wanted

6  us to go shuffle through the boxes --

7  MR. RASKIN: He the Staff --

8  [Per. 81]: The Staff Secretary.

9  MR. RASKIN: [P. 45] or [P. 14].

10  [Per. 81]: [Per. 14] was the one that informed me to

11  do it. Go through, shuffle through, see what we could find

12  about schedules, specific documents that they had, which I

13  can't remember off the top of my head exactly what those

14  were, but find specific documents and pull those out and

15  then give them to them so that they could have them --

16  MR. RASKIN: And did you do that?

17  [Per. 81]: -- for tracking purposes.

18  MR. RASKIN: And you said [Per. 14] wanted you to do

19  it; did you do it?

20  [Per. 81]: We only did that -- I did that one time

21  and the President realized that it happened and I told [Per. 14]

22  that I won't do that again because I didn't want the

23  President to think that I was snooping through his stuff.

24  MR. RASKIN: Well, did he -- did the President say

25  anything to you?