# EXHIBIT 3



Subject to Protective Order



Subject to Protective Order

USA-00550363