# EXHIBIT 4

USA-00042915

Subject to Protective Order