# EXHIBIT 8

USA-00042969

Subject to Protective Order

