# EXHIBIT 11

FD-1057 (Rev. 5-8-10)

UNCLASSIFIED//FOUO



# FEDERAL BUREAU OF INVESTIGATION
### Electronic Communication

**Title:** (U//FOUO) Phone call between Special          **Date:** 06/20/2024
Counsel, FBI WFO, and FBI MM

**From:** WASHINGTON FIELD
        **Contact:** ████████ FBI 29 ████████ , ████████████

**Approved By:** ████████ FBI 42 ████████

**Drafted By:** ████████ FBI 29 ████████

**Case ID #:** ████████████ - (U//FOUO) Search Warrant subfile
SearchWarrant

**Synopsis:** (U//FOUO) Phone call between Special Counsel, FBI WFO, and FBI MM to discuss August 8, 2022 search of Mar-a-Lago

**Enclosure(s):** Enclosed are the following items:
1. (U) Notes

**Details:**
(U//FOUO) On June 20, 2024, Special Counsel and FBI Washington Field Office (WFO) personnel spoke with FBI Miami Field Office (MM) personnel via phone to discuss the Filter Team processes and procedures during the execution of the August 8, 2022 search of Mar-a-Lago.

(U//FOUO) Participants on the call included:

- Senior Assistant Special Counsel Julie Edelstein
- Assistant Special Counsel Anne McNamara
- ████████████ FBI 29 ████████████
- ████████████ FBI 13 ████████████

(U//FOUO) Original Agent notes will be maintained in the attached 1A.

♦♦

UNCLASSIFIED//FOUO

USA-01291690

FBI 13

JAE   ASM   FBI 29

6/20/24         15:46 Start
                16:09 end

Mechanics of how searched blue box:
   box ~~was~~ not in any kind of organized order
   took bunch of papers out   put on floor to look
      for priv info, complete + move on to next bunch
   kept one bunch out when took next out
         kept off to side - didn't stack so won't fall
   when done, put all stacks back in box
         put each pile in box 1 at a time
   Did not attempt to put each pile back in same
      order they came out in
Photos:      Don't know anything about when photos taken
   DSC_0037, 38, 39. 40
      Don't know if before or after FBI 13 filter search
      FBI 13 didn't interact w/ EET , would have
         told FBI 12 or FBI 17 when found pertinent doc
   Top of blue box on it when FBI 13 first went in
      top of box seen in photo 38, 40, 41, 42 (partial)
   DSC_0041, 42, 43, 44      evidence marker seen
      FBI 13 made known to people running search
         evidence items found, they labeled
   "Absolute confidence" all docs in box after
      filter search came from box
   After informing "young male" agent from CEO
      left closet and didn't return
   Case team only went in after FBI 13 done w/ closet

Subject to Protective Order