# EXHIBIT 16



Subject to Protective Order

USA-00042951



Subject to Protective Order

USA-00042971

