# EXHIBIT 8A

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK: PART 59

--------------------------------------------------------

THE PEOPLE OF THE STATE OF NEW YORK

-against-

DONALD J. TRUMP,

                              Defendant.

--------------------------------------------------------

AFFIDAVIT OF NICHOLAS PISTILLI

Ind. No. 71543-23

## AFFIDAVIT

Nicholas Pistilli, a person not a party to this action, states under penalty of perjury that:

1.      I am a Sergeant in the New York Police Department ("NYPD").  Since January of 2022, I have served as the commanding officer of the security detail for New York County District Attorney Alvin Bragg. In that role, I am responsible for, among other things, monitoring threats of violence against the District Attorney, his family, and his Office.

2.      I am familiar with the facts and circumstances stated herein. This affidavit is based upon my personal knowledge, as well as upon information and belief based on information providing by other employees of the NYPD or the DA's Office, and on records maintained by the NYPD or the DA's Office in the ordinary course of business, which I believe to be true and correct.

3.      I monitor threats in coordination with the NYPD's Threat Assessment & Protection Unit ("TAPU"), a unit within NYPD's Intelligence Bureau. NYPD's Intelligence Bureau gathers and analyzes information to assist in the detection and prevention of unlawful activity, including acts of terror. Within the Intelligence Bureau, TAPU's purview includes monitoring and investigating threats against public officials, including the District Attorney. TAPU monitors social media posts, including activity on the "dark web", as well as any threats

reported to TAPU by public officials, including threats received by phone call, text message, social media direct message, voicemail, email, and mail.

4.      In 2022, TAPU logged 483 threat cases.  Of the 483 threat cases, 1 involved threats to the District Attorney, his family, or his employees.  The remaining cases were threats against other public officers or elected officials.

5.      In 2023, TAPU logged 577 threat cases.  Of the 577 threat cases, 89 involved threats to the District Attorney, his family, or his employees.  The remaining cases were threats against other public officers or elected officials.

6.      In 2023, the first threat case involving the District Attorney, his family, or his employees was logged on March 18, 2023.

7.      Prior to March 20, 2023, the first review of threatening, harassing, or offensive calls and emails was conducted by DA investigators or NYPD detectives detailed to the DA's Office. The volume of such calls and emails was so low that initial review could be conducted by these investigators and detectives while they fulfilled their primary responsibility of assisting in the casework of the DA's Office. Additionally, because the volume of such calls and emails was low, the DA's Office did not have a system for tracking such calls and emails.

8.      By March 20, 2023, the volume of threatening, harassing, or offensive calls and emails increased significantly, exceeding the capacity of the DA Office's investigators and NYPD detectives detailed to the DA's Office. Starting on March 20, 2023, all such calls and emails were forwarded directly to TAPU for review and assessment.

9.      When TAPU reviews an item (e.g., social media post, phone call, text, email, etc.), TAPU makes an initial determination of whether the item warrants additional investigative steps.  If it does, TAPU opens a "Threat Case."   Depending on the results of additional

investigative steps, the item may be referred for further investigation in partnership with a prosecutor's office.

10.     Since the DA took office on January 1, 2022, through mid-March of 2023, none of the threats received required referral for further investigation in partnership with a prosecutor's office.  In the three weeks following March 18, 2023, several threats received that ultimately were referred for further investigation in partnership with a prosecutor's office.

11.     One public example of a threat during that time-period is documented in the felony complaint in *People v. Craig Deleeuw Robertson* (D. Utah, 2003). The complaint details that:

> "On or about March 18, 2023 . . . [the defendant], did knowingly transmit in interstate commerce a communication containing a threat to injure the person of another, the New York County District Attorney, Alvin Bragg, to wit:
>
> ALVIN BRAGG
> Heading to New York to fulfill my dream of iradicating [sic] another of George Soros two-but political hach [sic] DAs.
> I'll be waiting in the courthouse parking garage with my suppressed Smith & Wesson M&P 9mm to smoke a radical fool prosecutor that should never have been elected.
> I want to stand over Bragg and put a nice hole in his forehead with my 9mm and watch him twitch as a drop of blood oozes from the hole as his life ebbs away to hell!!
> BYE, BYE, TO ANOTHER CORRUPT BASTARD!!!'
>
> all in violation of 18 § U.S.C. 875(c)."

12.     According to the DA Office's IT systems, at its peak, in March 2023, more than 600 emails and phone calls received by the DA's office were forwarded for security review; this represents a small subset of the calls and emails received by the office relating to *People v.*

*Trump*. Around this time, the emails, calls, and text messages received were directed not just to the DA or to the Office generally, but also to senior members of the DA executive team and ADAs publicly associated with *People v. Trump*, via both Office email or phone and personal email and phone. The messages received in March of 2023 were the first time I was aware of threatening messages relating to the work of the DA's Office being directed at employees of the Office other than the DA.

13. Some of the specific threats that were recorded as a threat case include:

a. On March 19, 2023: "Leave Trump alone . . . or Bragg will get assassinated"

b. On March 19, 2023: "Just shoot Bragg in the head and he stops being a problem."

c. On March 21, 2023, "If you lay a hand on President Trump or his family, friends, supporters, or myself, my family or any patriot—instant death."

d. On March 22, 2023, "Just wanted to say I can't wait to watch you swing from a rope in your military tribunal, you disgusting George Soros puppet, fucking money will get you nowhere, you better get on your knees and pray to Jesus Christ your gonna find your maker soon."

e. On April 3, 2023, "When your fat fuck DA is more interested in a witch hunt on president Trump than prosecuting crime in you shit hole city, its time to get rid of both of you n*****" (modified with asterisks to obscure racial slur).

f. On April 4, 2023, "You want to go after Donald Trump because you have a crime ridden city, all that shit is racially and politically motivated. More so racial because Alvin Bragg is nothing but a racist n*****" (modified with asterisks to obscure racial slur).

    g. On April 6, 2023, "…Your going to get what you got coming. Your tearing the country apart, your going to get it. I'm not making threats…."

14. In addition to monitoring threats of violence received by the Office, my unit is also involved in responding to attacks on the Office. In the past year, the Office has twice received terroristic mailings. Last year, the Office twice received envelopes containing white powder. Both incidents disturbed normal operations at the DA's Office, although in both incidents the powder was determined not to be a dangerous substance.

    a. On March 24, 2023, the Office received a letter addressed to the DA containing a small amount of white powder and a note stating: "Alvin: I'm going to kill you".

    b. On April 12, 2023, the Office received a letter addressed to the DA containing a white powder and a note including images of the DA and of Donald Trump and the words "you will be sorry."

Dated:       February 22, 2024

_____

Nicholas Pistilli

# EXHIBIT 8B

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK: PART 59

| | |
|---|---|
| THE PEOPLE OF THE STATE OF NEW YORK | AFFIDAVIT OF NICHOLAS PISTILLI |
| -against- | |
| DONALD J. TRUMP, | Ind. No. 71543-23 |
| Defendant. | |

**AFFIDAVIT**

Nicholas Pistilli, a person not a party to this action, states under penalty of perjury that:

1.      I am a Sergeant in the New York Police Department ("NYPD").  Since January of 2022, I have served as the commanding officer of the security detail for New York County District Attorney Alvin Bragg. In that role, I am responsible for, among other things, monitoring threats of violence against the District Attorney, his family, and his Office.

2.      I am familiar with the facts and circumstances stated herein. This affidavit supplements my earlier affidavit dated February 22, 2024, and is based upon my personal knowledge, as well as upon information and belief based on information provided by other employees of the NYPD or the DA's Office, and on records maintained by the NYPD or the DA's Office in the ordinary course of business, which I believe to be true and correct.

3.      In 2024, as of today, NYPD's Threat Assessment & Protection Unit ("TAPU"), a unit within NYPD's Intelligence Bureau, logged 289 threat cases.  Of the 289 threat cases, 61 involved threats to the District Attorney, his family, or his employees. The remaining cases were threats against other public officers or elected officials.

4.      Most of the 61 threat cases in 2024 that involve threats to the District Attorney, his family, or employees of the District Attorney's Office were made in the past few months, including 25 in April 2024, 24 in May 2024, and 7 in June to date.

5.      In 2024, four threats regarding the District Attorney or the Office were referred for further investigation in partnership with a prosecutor's office.

6.      For example, threat cases logged in 2024 included language: "we will kill you all"; "[…] should be in witness protection"; "you are dead [expletive]"; "Your life is done"; and "RIP". Threat cases were also logged for a post showing sniper sights on people involved in this case or a family member of such a person; and a post disclosing the home address of a DA Office employee.

7.      Another of the threats logged, on April 15, 2024, was a bomb threat to the residences of two people involved in this case. April 15 was the first day of the trial in *People v. Trump*.

8.      According to the DA Office's IT systems, from April 2024 to date, nearly 500 emails and phone calls received by the DA's office were forwarded for security review. As not all emails and calls received are forwarded for security review, this presumably represents only a subset of the calls and emails received by the office relating to *People v. Trump*.


Dated:        June 20, 2024

_____
Nicholas Pistilli

# EXHIBIT 8C

TRINA A. HIGGINS, United States Attorney (#7349)
CAMERON P. WARNER, Assistant United States Attorney (#14364)
Attorneys for the United States of America
Office of the United States Attorney
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111-2176

---

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CRAIG DELEEUW ROBERTSON,<br><br>Defendant. | Case No. ▉▉▉▉▉▉▉<br><br>FELONY COMPLAINT<br><br>SEALED<br><br><u>COUNT 1</u><br>Violation of 18 U.S.C. § 875(c)<br>(Interstate Threats)<br><br><u>COUNT 2</u><br>Violation of 18 U.S.C. §115(a)(1)(B)<br>(Influencing, Impeding, and Retaliating<br>Against Federal Law Enforcement<br>Officers by Threat)<br><br><u>COUNT 3</u><br>Violation of 18 U.S.C. § 871(a) (Threats<br>Against the President)<br><br>Judge ▉▉▉▉▉▉ |

---

Before the Honorable ▉▉▉▉▉▉▉▉▉▉▉▉▉▉ Magistrate Judge for

the District of Utah, appeared the undersigned, who on oath deposes and says:

### **COUNT 1**
18 U.S.C. § 875(c)
(Interstate Threats)

On or about March 18, 2023, in the District of Utah,

1

CRAIG DELEEUW ROBERTSON,

defendant herein, did knowingly transmit in interstate commerce a communication

containing a threat to injure the person of another, the New York County District

Attorney, Alvin Bragg, to wit:

> ALVIN BRAGG
>
> Heading to New York to fulfill my dream of iradicating [sic] another of George Soros two-but political hach [sic] DAs.
>
> I'll be waiting in the courthouse parking garage with my suppressed Smith & Wesson M&P 9mm to smoke a radical fool prosecutor that should never have been elected.
>
> I want to stand over Bragg and put a nice hole in his forehead with my 9mm and watch him twitch as a drop of blood oozes from the hole as his life ebbs away to hell!!
>
> BYE, BYE, TO ANOTHER CORRUPT BASTARD!!!"

all in violation of 18 § U.S.C. 875(c).

## COUNT 2
### 18 U.S.C. § 115(a)(1)(B)
(Influencing, Impeding, Retaliating Against
Federal Law Enforcement Officers by Threat)

On or about March 24, 2023, in the District of Utah,

CRAIG DELEEUW ROBERTSON,

defendant herein, did threaten to assault and murder ▆ and SA-1, both of whom are

Federal law enforcement officers with the Federal Bureau of Investigation, with the intent

to impede and intimidate ▆ and SA-1 while they were engaged in the performance of

2

their official duties, and with the intent to retaliate against ▮ and SA-1 on account of

the performance of their official duties, in violation of 18 U.S.C. §§ 115(a)(1)(B) and

115(b)(4).

## COUNT 3
18 U.S.C. § 871(a)
(Threats Against the President)

On or about August 7, 2023, in the District of Utah,

CRAIG DELEEUW ROBERTSON,

defendant herein, did knowingly and willfully make a threat to take the life of and to

inflict bodily harm upon the President of the United States, to wit:

"I HEAR BIDEN IS COMING TO UTAH. DIGGING OUT MY OLD GHILLE
SUIT AND CLEANING THE DUST OFF THE M24 SNIPER RIFLE.
WELCOM, BUFFOON-IN-CHIEF!"

all in violation of 18 U.S.C. § 871(a).

## ELEMENTS OF OFFENSES

The elements for a violation of 18 U.S.C. § 875(c), Interstate Threats, are:

(1) the defendant knowingly transmitted a communication containing a threat to
injure the person of another,

(2) the defendant transmitted the communication with the intent to make a threat,
or with knowledge that the communication will be viewed as a threat; and

(3) the communication was transmitted in interstate or foreign commerce.

The elements for a violation of 18 U.S.C. § 115(a)(1)(B), Influencing, Impeding,

and Retaliating Federal Law Enforcement Officers by Threat, are:

(1) that the defendant threatened to assault, kidnap, or murder a United States

official, a United States judge, a Federal law enforcement officer, or an official whose killing would be a crime under 18 U.S.C. § 1114, and

(2) the defendant did so with intent to impede, intimidate, or interfere with such official, judge, or law enforcement officer while he or she was engaged in the performance of official duties, or with the intent to retaliate against such official, judge, or law enforcement officer on account of the performance of official duties.

The elements for a violation of 18 U.S.C. § 871(a), Threats Against the President, are:

(1) the defendant knowingly and willfully made a true threat to take the life of, to kidnap, or to inflict bodily harm upon a victim; and

(2) the victim was the President of the United States, the President-elect, the Vice President or other officer next in the order of succession to the office of President of the United States, or the Vice President-elect.

## PROBABLE CAUSE

This complaint is made on the basis of investigation consisting of the following:

1.    I am a Special Agent with the Federal Bureau of Investigation (FBI), ███ ██████████████████████████████████████████████ I am currently assigned ██████████ ████████████████████ and primarily investigate complex criminal organizations, such as criminal gangs and drug trafficking organizations. During my time as a law enforcement officer, I have investigated matters involving violent acts, to include aggravated assault, rape, and homicide, threats of violence, extortion, kidnapping, murder-for-hire, money laundering, weapons violations, drug trafficking, fraud, and more.

4

2.      As a federal agent, I am authorized to investigate violations of laws of the

United States and to execute warrants issued under the authority of the United States.

Consequently, I am an "investigative or law enforcement officer of the United States,"

within the meaning of Section 2510(7) of Title 18, United States Code, that is, an officer

of the United States who is empowered by law to conduct investigations of and to make

arrests for offenses enumerated in Section 2516 of Title 18, United States Code.

3.      The facts in this affidavit come from my personal observations, my training

and experience, and information obtained from other agents and witnesses. This affidavit

is intended to show merely that there is sufficient probable cause for the requested arrest

warrant for CRAIG DELEEUW ROBERTSON for violations of 18 U.S.C. § 875(c)

(Interstate Threats), 18 U.S.C. § 115(a)(1)(B) (Influencing, Impeding, Retaliating Against

Federal Law Enforcement Officers by Threat), and 18 U.S.C. § 871(a) (Threats Against

the President), and does not set forth all of my knowledge about this matter.

Information developed to date as a result of my investigation and the investigation of

others revealed the following:

4.      On, or about, March 19, 2023, I received a notification, which had come

from the FBI National Threat Operations Center ("NTOC"), regarding a threat to life.[1]

NTOC had received a tip from a social media company ("Company-1") regarding

username @winston4eagles posting a threat on Company-1's platform to kill New York

---

[1]      NTOC fields calls and electronic tips from the public.

County District Attorney ("DA") Alvin Bragg.   At the time of the post, DA Bragg was overseeing a criminal investigation into former President Donald J. Trump.

The following is a screenshot of the posted threat:



The screenshot shows that User @winston4eagles posted the following true threat:

"ALVIN BRAGG
Heading to New York to fulfill my dream of iradicating [sic] another of George Soros two-but political hach [sic] DAs.
I'll be waiting in the courthouse parking garage with my suppressed Smith & Wesson M&P 9mm to smoke a radical fool prosecutor that should never have been elected.
I want to stand over Bragg and put a nice hole in his forehead with my 9mm and watch him twitch as a drop of blood oozes from the hole as his life ebbs away to hell!!
BYE, BYE, TO ANOTHER CORRUPT BASTARD!!!"

5.      NTOC provided the following information for the person associated with username @winston4eagles: a telephone number, email address, and home addresses all believed to belong to Craig Deleeuw ROBERTSON (hereafter "ROBERTSON").   The email address associated with the @winston4eagles ████████████████████ ██████████

6.      On March 19, 2023, I, along with another FBI Special Agent (hereafter "SA-1"), conducted physical surveillance in the vicinity of an address in Provo, Utah where the FBI believed ROBERTSON to reside ("Residence-1").   During surveillance, the following was observed:

a.      A blue Honda, parked in the driveway of Residence-1, bearing a Utah State License Plate number which, based on my review of records, matched a vehicle listed as registered to ROBERTSON at Residence-1.

b.      A heavy-set white male, approximately 70-75 years old, with gray hair, wearing a bright blue jacket, white shirt, and tie (hereafter "UM-1"), walked from the east area of the above listed residence and got into the passenger's side front seat of the Honda.

c.      ROBERTSON, wearing a dark suit (later observed as having an AR-15 style rifle lapel pin attached), a white shirt, a red tie, and a multi-colored (possibly camouflage) hat bearing the word "TRUMP" on the front, walked from the east area of the residence, and got into the driver's seat of the Honda.   ROBERTSON drove the Honda out of the driveway and traveled a

7

short distance northbound into the parking lot of a church.   ROBERTSON and UM-1 exited the Honda and walked into the church building.

d.       After several hours, UM-1 exited the church building and walked back to Residence-1.

e.       Approximately one hour later, ROBERTSON exited the church building and entered the Honda with another unknown male (hereafter "UM-2"). ROBERTSON and UM-2 drove out of the parking lot and out of sight. Several minutes later, ROBERTSON and UM-2 returned to the church parking lot in the Honda.   UM-2 exited the Honda, and ROBERTSON drove to Residence-1.

7.       After arriving at the residence, SA-1 and I spoke with ROBERTSON outside of the residence.   The conversation began when I called out, "Mr. Robertson?" and ROBERTSON responded in the positive.

8.       After advising ROBERTSON of SA-1's and my identities as Federal Law Enforcement Officers for the FBI, ROBERTSON admitted his username on Company-1 was winston4eagles.   When I advised ROBERTSON that we would like to speak with him regarding a comment he had posted on Company-1's social media platform, ROBERTSON stated, "I said it was a dream!"   ROBERTSON then said, "We're done here! Don't return without a warrant!"

9.     A court authorized search of a social media company ("Company-2") account registered to "Craig Robertson," with ROBERTSON's same email address and displaying the name "Craig D. Robertson," showed ROBERTSON was living in Provo, Utah.

10.     As part of this investigation, I have also reviewed public posts from Company-2's social media platform made by ROBERTSON.   Based on my review of those posts by ROBERTSON from that account, I know that ROBERTSON does, in fact, appear to own a sniper rifle and a ghillie suit, has made violent threats to murder public officials, and appears to possess numerous firearms (in addition to what appears to be a long-range sniper rifle).   The search also yielded, in part, multiple posts regarding threats, violent acts, firearms, and the possession and use of firearms in furtherance of committing violence against government officials. The posts show ROBERTSON's intent to kill, at a minimum, D.A. Bragg and President Joe Biden.   The posts further show ROBERTSON's intent to impede and intimidate SA-1, me, and other FBI special agents while engaged in the performance of our official duties and that ROBERTSON intended to retaliate against the FBI.   The following are screenshots of the posts:[2]

---

[2] The posts are not in chronological order.   However, the posts display a date or timeframe of when they were published.



a.

I believe "JOE" refers to United States' President Joseph Biden (POTUS) and

"KAMALA" refers to United States' Vice President Kamala Harris (VPOTUS).



b.

I believe "LETITIA JAMES" refers to New York State Attorney General ("AG")

Letitia James and "B/TCH" to be a variation on the spelling of the word

"BITCH".



**Craig Robertson**
September 21, 2022 · ⊙

**The Heinrick Himler of America:**
**Merrick Garland the Demented Weasel.**
**Eventually hanged by the neck until dead!!!**

c.

I believe "Heinrick Himler" refers to the former leader of the Nazi Party Heinrich

Himmler and "Merrick Garland" refers to United States AG Merrick Garland.



d.

I believe "JOE BIDEN" refers to POTUS and that ROBERTSON intends to bring

about the death to President Biden.



e.

I believe "Merrick Garland" refers to AG Garland, "MAGA TRUMPER" refers to

a supporter of former United States' President Donald Trump, and "cowards"

refers to FBI Speical Weapons and Tactics (SWAT) team members.



f.

I believe "DEMOCRAT ERADICATOR" refers to the pictured semi-automatic

rifle as an instrument used to cause death to persons belonging to the Democratic

Party.



g.

I believe "BIDEN" refers to POTUS and that ROBERTSON intends to bring

about the death to President Biden..



**Craig Robertson**
October 4, 2022 · 🌐

LONG RANGE DEMOCRAT, HIPOCRIT ERADICATOR!!!



h.

I believe "LONG RANGE DEMOCRAT, HIPOCRIT ERADICATOR" refers to

the pictured rifle as an instrument used to cause death to persons belonging to the

Democratic Party.

17



**Craig Robertson**
October 11 2022

Merrick Garland eradication tool.
Coming for me with your FBI, you little DEMENTED WEASEL, cowardly asshole?????

i.

I believe "Merrick Garland eradication tool" refers to the pictured semi-automatic

handgun as an instrument used to cause death to AG Garland.

18



j.

I believe "Merrick Garland" refers to AG Garland and "they" refers to FBI speical

agents.   I believe this is a threat to kill FBI Special Agents who are engaged in an

investigation of ROBERTSON.   This post shows ROBERTSON's intent to

impede, intimidate, and retaliate against SA-1, me, and other FBI special agents.

19



Craig Robertson
October 17, 2022 ·

k. 

I believe "Gavin Newsom" refers to the Governer of California, Gavin Newsom and "wound above his brow" refers to a bullet hole in Governer Newsom's forehead.

Craig Robertson
February 4 ·

WONDERFUL DREAM!!!
I DREAMED I WAS IN A DARK CORNER OF A WASHINGTON D.C. PARKING GARAGE.
I WAS STANDING OVER THE BODY OF THE U.S. ATTORNEY GENERAL, MERRICK GARLAND, WITH A BULLET HOLE DEAD CENTER IN HIS FOREHEAD.
IN MY HAND WAS MY SUPPRESSED SMITH & WESSON M&P 9MM, SMOKE WAFTING FROM THE MUZZLE.
THE STAR SPANGLED BANNER PLAYING QUIETLY IN THE DISTANCE.
I THOUGHT TO MYSELF; "WHAT AN AMAZING, PATRIOTIC MOMENT' AS SHIVERS OF LIBERTY AND FREEDOM SWELLED MY HEART FOR OUR AMAZINGLY GREAT COUNTRY.

1

l.

I believe this may have been the post ROBERTSON refered to when he told SA-1 and me, "I said it was a dream!"



m.

    I believe "Jefferson" refers to former United States' President Thomas Jefferson as

depicted on the pictured United States' five-cent coin, and "old Joey" refers to

President Biden.



**Craig Robertson**
November 16, 2022 · 🌐

Just getting ready for the 2024 election cycle.
They say it's going to be a fight and I want to be ready!!!!!
Only have 9. but trying for an even dozen....



n.

I believe this post refers to ROBERTSON having nine (9) semi-automatic rifles and attempting to obtain three (3) additional semi-automatic rifles in order to be ready for a "fight" during the 2024 election cycle.

22

**Posts**                                                    ⚏ Filters

**Craig Robertson**                                          •••
11h · 🌐

Posted about a dream of Alvin Bragg, the NY DA trying to prosecute Trump.
I dreamed I was standing over him and watching his life's blood oozing from a 9mm bullet hole in his head. He was still twitching.
The Demented Weasel, Merrick Garland, sent his jackboot Nazi FBI to screw with me about the post.
Yes, the WEAPONIZED FBI coming after a 75 year old conservative who had a dream about an a$$hole!!!!

👍 1

          👍 Like              💬 Comment              ↗ Share

O.        Write a comment

Because this post was posted on March 21, 2023, subsequent to SA-1 and me

speaking with ROBERTSON, I believe "jackboot Nazi FBI" refers to the FBI in

general and to SA-1 and me in particular.



p.

I believe "MERRICK GARLAND" refers to AG Garland.



q.

I believe this was posted on or about March 24, 2023.   As such, I believe "YOUR AGENTS" refers to SA-1 and me, who spoke with ROBERTSON just five days prior on March 19, 2023, and informed him we were investigating his posting(s) on social media.   I believe "VIOLENT ERADICATION" referes to ROBERSTON assaulting and murdering SA-1 and me by shooting us with a firearm.   I believe he made this threat with the intent to impede, intimidate, and interfere with FBI special agents engaged in the performance of their official

duties and also had the intent to retaliate against such FBI agents on account of

the performance of their official duties.



s.

I believe this was posted on March 25, 2023, as it was discovered on March 30,

2023.   Additionally, I believe "YOUR AGENTS" refers to SA-1 and me who

spoke with ROBERTSON on March 19, 2023, and "BANG' to be referring to

being shot. Like the previous posting, I believe he made this threat with the intent

to impede, intimidate, and interfere with FBI special agents engaged in the

performance of their official duties and also had the intent to retaliate against

such FBI agents on account of the performance of their official duties.

26



t.

    I believe "FBI" refers SA-1 and me, "45ACP" refers to a .45 caliber handgun, and "SMOKE 'EM' refers to shooting SA-1 and me.

27



u.

I believe this was posted by ROBERTSON on Facebook on or about April 11, 2023.   I believe "ALVIN" to be referring to DA Bragg and ROBERTSON intended this to be a true threat to shoot DA Bragg with firearm.



v.

I believe "ALVIN BRAGG" is DA Bragg.   I believe ROBERTSON intended this

to be a true threat to shoot DA Bragg with firearm.

29

 Craig Robertson
2c

WHEN THIS GOVERNMENT CRUMBLES UNDER ITS OWN EVIL AND CORRUPTION FOOD, WATER, ARMS, AND AMMUNITION WILL BE NECESSARY TO SURVIVE.
NINE WORDS YOU DON'T WANT TO HEAR: "WE'RE FROM THE GOVERNMENT AND WE'RE HERE TO HELP."



w.     1

I believe this, along with other postings I have reviewed to ROBERTSON's public

social media accounts, demonstrate ROBERTSON is in possession of firearms

capable of inflicting death and/or bodily injury and that he intends to use these

30

firearms and ammunition in furtherance of committing crimes of violence as

alleged above in Counts 1-3.



x.

I believe this to be a threat of death against FBI special agents if any FBI special

agents arrive at ROBERTSON's residence.



y.

I believe this to be a threat of violence against President Biden.



z.

33



aa.

34



bb.

I believe "JOE BIDEN" refers to President Biden, and "PISS" refers to urinating,

and "SOBs" refers to "son of a bitch's."



cc.

The above post was published on, or about August 6, 2023.   President Biden is
scheduled to arrive in Utah on August 9, 2023.   There have been media stories in
Utah about President Biden's upcoming visit.   I therefore believe this is knowing
and willful true threat to kill or cause injury to President Biden using an M24
sniper rifle while being concealed by a ghillie suit during President Biden's visit to
Utah.

Album Hide in Plain Site - I'm just a pile of grass!

Craig D. Robertson added 14 new photos.
May 4 2020



dd.



Consistent with ROBERTSON'S threat to kill President Biden above, these posts show ROBERTSON dressed in a ghillie suite demonstrating his ability to conduct sniper tactics. While these postings are somewhat dated, they nevertheless show ROBERTSON has access to a ghillie suit and a long-range rifle. Indeed, ROBERTSON confirmed in his recent threat to kill President Biden from two days ago, that he will get out his "OLD GHILLIE SUIT" and "DUST OFF" his sniper rifle, thus indicating he has been in possession of these items for some time and is still in possession of these items.   I believe that ROBERTSON intends to use them to commit crimes of violence discussed in this affidavit.

11.     I respectfully request that this Complaint and Affidavit, as it reveals an ongoing investigation, be sealed until further order of the Court in order to avoid premature disclosure of the investigation, guard against flight, and better ensure the safety of agents and others, except that working copies may be served on Special Agents

and other investigative and law enforcement officers, federally deputized state and local law enforcement officers, and other government and contract personnel acting under the supervision of such investigative or law enforcement officers as necessary to effectuate the Court's Order.

12.     Based on the foregoing information, I respectfully request that a warrant of arrest be issued for CRAIG DELEEUW ROBERTSON for violations of 18 U.S.C. § 875(c), 18 U.S.C. §§115(a)(1)(B) and 115(b)(4), and 18 U.S.C. § 871(a).



Special Agent
Federal Bureau of Investigation

SUBSCRIBED AND SWORN to before me via video-teleconference this 8th day of August, 2023.

APPROVED:

TRINA A. HIGGINS
United States Attorney

*/s/ Cameron P. Warner*
Cameron P. Warner
Assistant United States Attorney

# EXHIBIT 8D

State of Georgia

County of Fulton

I, Darin Schierbaum, am currently serving as the Chief of Police for the City of Atlanta and have served in that role since June 2022.

I have served as a sworn police officer for the City of Atlanta since 2003.

Prior to joining the Atlanta Police Department, I served as a Deputy Sheriff in in Johnson County, Illinois for approximately ten years.

In August 2023, I became aware that the identities of members of one of the Fulton County Grand Juries serving for the July-August term of court had been listed on a website known to be a location where information for "doxing" people is listed. Those listings called for harassment and violence against the grand jurors.

I was able to determine that members of the Fulton County Grand Jury who returned a true bill of indictment against 19 people, including Defendant Donald J. Trump, on charges of racketeering and other felony allegations, were being contacted by people in harassing and/or threatening manners.  The doxing included home addresses of the grand jurors whose names were found on the doxing website.

As a result of determining that doxing had occurred, the Atlanta Police Department enacted an operational plan to protect those that resided in the city of Atlanta.  The Atlanta Police Department also contacted the Fulton County Sheriff's Office who in turn coordinated efforts with the other police departments where grand jurors resided outside the City of Atlanta. The Sheriff, the Atlanta Police Department, and other police departments with jurisdiction where grand jurors live coordinated to ensure that safety measures were put in place to prevent harassment and violence against the grand jurors.

On August 30, 2023, the Atlanta Police Department was able to determine that the Fulton County District Attorney and her family were doxed in a similar manner as the grand jurors.  The doxing of the District Attorney established it was due to her indictment of Defendant Donald J. Trump.

A website where both the Grand Jurors who returned the indictment against Donald J. J. Trump and the Fulton County District Attorney is operated by a Russian company. They openly state on the website that the reason they are doxing the Fulton County District Attorney and the Grand Jury individuals is due to the indictment of Donald J. Trump.

The Russian company that is housing the doxing has refused to remove doxing information and the Federal Government has been unsuccessful in having such

information removed. Thus, the doxing of both the grand jurors and the District Attorney are permanent.

The actions taken by local law enforcement to protect the grand jurors, as well as the District Attorney and her family members, require a significant devotion of our capacity and represent a strain on law enforcement resources to allow them to complete their civic duty without being subjected to unnecessary danger.

Signed:


Darin Schierbaum
Chief of Police
City of Atlanta
226 Peachtree Street, SW
Atlanta, GA 3030


Subscribed and sworn to before me, this ____ day of September, 2023.


Signature of Notary:


Printed Name of Notary:

# EXHIBIT 8E

## AFFIDAVIT OF FULTON COUNTY DISTRICT ATTORNEY'S OFFICE

## ASSISTANT CHIEF INVESTIGATOR OF THE TECHNOLOGY UNIT,

## GERALD WALSH

Personally appeared before me, the undersigned officer duly authorized to administer oaths, Gerald Walsh, who first being duly sworn, on oath deposes and states that he is a citizen of the United States, 18 years of age or older, and employed by the Fulton County District Attorney's Office as a P.O.S.T certified peace officer. Affiant further states the following:

I, Assistant Chief Investigator Gerald Walsh conducted in synopsis the following investigation during the period of August 30 to September 1, 2023. I received a complaint on August 30, 2023 in reference to Madam District Attorney Fani T. Willis, being doxed. According to UC Berkeley, *Doxxing refers to the collection of a user's private information, across multiple platforms (including social media) by an unauthorized individual, who then publishes the information in an attempt to shame or embarrass the user.*

In working with members of the United States Department of Homeland Security (DHS), it was determined that Fani T. Willis is a victim of doxing, and that information was listed about her, her family members by name, ages with dates of birth, home physical addresses, phone numbers (VOIP and wireless), GPS coordinates, places of employment, work physical addresses, email addresses and social media user names. Information was intertwined with derogatory and racist remarks, such as "Degencrate...nigger" and "fuck this stupid bitch" and "bitch is own3d! Trump 2024".

The information was viewed on the dark web utilizing special equipment. The terms deep web and dark web are often interchanged loosely, but there is a difference between them and the surface web. The surface web is what is generally used by everyday users and is indexed. The surface web is where searches such as Google and others are completed by a user. The deep web is utilized by many people for usually non-criminal and legitimate uses such as electronic health records and banking records and is tied to many sites on the surface web. Dark web is where nefarious content is often kept and is not usually indexed or easy to find. One must know where they are going to get to or utilize the information, or systems can be damaged, a virus or malware can be picked up, or a user can just see criminal content that cannot be unseen. Criminals use the dark web for selling or trading illegal substances, firearms and human trafficking to describe a small amount of what is present.

The website where Madam District Attorney Fani T. Willis was being doxed was determined to be hosted in Russia and is known by DHS as to be uncooperative with law enforcement. The users who post on this particular site have doxed other District Attorneys and their families from multiple states, Judges and their families, along with federal employees and their families, and now also members of the Fulton County Grand Jury who voted to indict Former President Donald Trump and their families.

One of the same users that doxed Madam District Attorney Fani T. Willis, doxed the members of the Fulton County Grand Jury on the same site, to include names, home addresses,

1 of 2

phone numbers, relatives, and vehicle information. This user went so far as to say, "...how long would it take for Antifa to show up in their front lawns and work places?"

Due to this information in all likelihood not ever being removed off of the dark web and the owners/hosts of the websites being uncooperative with law enforcement or government process, the members of the Fulton County Grand Juries should have their personal identifiable information protected from access by the general public through the courts. Some information present on the internet regarding Grand Jurors is inaccurate and should not then be corrected or verified by being released by the courts to the general public without measures being taken to minimize potential danger to those who perform their civic duty serving on Grand Juries.


_Gerald Walsh_
Affiant (signature)

__Gerald Walsh__
(printed name)

Fulton County District Attorney's Office
136 Pryor Street, 3rd Floor
Atlanta, GA 30303


Subscribed and sworn to

Before me this __5th__ day of September, 2023

And notarized by me on this date.

_Tammy Jackson McClendon_
Notary Public

Tammy Jackson McClendon
NOTARY
PUBLIC
FULTON COUNTY, GEORGIA

# EXHIBIT 8F



**ORIGINAL**

FILED IN CHAMBERS
U.S.D.C. Atlanta

OCT 2 5 2023

Kevin P. Weimer, Clerk
By
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA

*v.*

ARTHUR RAY HANSON, II

Criminal Indictment

No. **1:23-CR-0343**

**UNDER SEAL**

THE GRAND JURY CHARGES THAT:

**Introduction**

At all times material to this indictment:

1. The defendant, ARTHUR RAY HANSON, II, lived in or around Huntsville, Alabama.

2. Fani Willis was the elected District Attorney for Fulton County, Georgia, and was investigating a case involving Former President of the United States Donald J. Trump.

3. Patrick Labat was the elected Sheriff for Fulton County, Georgia, and was in charge of the operation of the Fulton County Jail where Fulton County criminal defendants are often received into custody and photographed.

**Count One**

4. The Grand Jury re-alleges and incorporates by reference the factual allegations contained in paragraphs 1 through 3 of this Indictment as if fully set forth herein.

5. On or about August 6, 2023, in the Northern District of Georgia and elsewhere, the defendant, ARTHUR RAY HANSON, II, consciously disregarding a substantial risk that his communication would be viewed as threatening violence, knowingly transmitted a communication in interstate and foreign commerce, from the State of Alabama to the State of Georgia, that contained a threat to injure Fulton County Sheriff Patrick Labat; specifically, HANSON called the Fulton County Government customer service line and left a voicemail message for Sheriff Labat in which HANSON made statements, which included, but were not limited to, the following: "if you think you gonna take a mugshot of my President Donald Trump and it's gonna be ok, you gonna find out that after you take that mugshot, some bad shit's probably gonna happen to you;" "if you take a mugshot of the President and you're the reason it happened, some bad shit's gonna happen to you;" "I'm warning you right now before you fuck up your life and get hurt real bad;" "whether you got a goddamn badge or not ain't gonna help you none;" and "you gonna get fucked up you keep fucking with my President."

All in violation of Title 18, United States Code, Section 875(c).

## Count Two

6. The Grand Jury re-alleges and incorporates by reference the factual allegations contained in paragraphs 1 through 3 of this Indictment as if fully set forth herein.

7. On or about August 6, 2023, in the Northern District of Georgia and elsewhere, the defendant, ARTHUR RAY HANSON, II, consciously disregarding

a substantial risk that his communication would be viewed as threatening violence, knowingly transmitted a communication in interstate and foreign commerce, from the State of Alabama to the State of Georgia, that contained a threat to injure Fulton County District Attorney Fani Willis; specifically, HANSON called the Fulton County Government customer service line and left a voicemail message for District Attorney Willis in which HANSON made statements, which included, but were not limited to, the following: "watch it when you're going to the car at night, when you're going into your house, watch everywhere that you're going;" "I would be very afraid if I were you because you can't be around people all the time that are going to protect you;" "there's gonna be moments when you're gonna be vulnerable;" "when you charge Trump on that fourth indictment, anytime you're alone, be looking over your shoulder;" and "what you put out there, bitch, comes back at you ten times harder, and don't ever forget it."

All in violation of Title 18, United States Code, Section 875(c).

<div style="text-align: right;">
<i>True</i>

A   <u>10-25-23</u>   BILL

<u>Remy Heaven</u>

FOREPERSON
</div>

RYAN K. BUCHANAN
*United States Attorney*

BRET R. HOBSON
  *Assistant United States Attorney*
Georgia Bar No. 882520

BRENT ALAN GRAY
  *Assistant United States Attorney*
Georgia Bar No. 155089

600 U.S. Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303
404-581-6000; Fax: 404-581-6181