Ref. Case # 9:23-cr-80101-AMC

FILED BY ___ D.C.
FEB 27 2025
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

— Summary of Facts —

Case # 2:24-cr-00101-DTC                                    December 09th, 2024

FILED
DEC 16 2024
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY ___ DEPUTY CLERK

To Whom It May Concern,

  This is to inform everyone that I, Anton Andreyevich Iagounov, aka Antonio Castro, am a former "FBI employee" as defined in the "U.S. Attorney General's Guidelines on FBI Undercover Operations" (pursuant to Ch.4), beginning 2014 and until 2023, during which I provided consulting services to the "FBI" or otherwise "Federal Bureau of Investigation," when I advised and assisted "FBI" "special agents" "Scott Dunn," "Michael Spitzer," "David Elkington," "Erik Anderson," "Dillon Doran," "David Thome," "Michael Hughes," "Glenn Norling," "Maury Miller" and others assigned to "FBI" Las Vegas-Reno, Nevada, Sacramento, California, and Los Angeles-San Bernardino, California, offices in the use and application of an investigative technique known as "parallel construction," whereby I taught "criminal investigators" of the "FBI" (1811 job series) how to produce counterfeit "search warrants" for the purpose of establishing "probable cause," when no "probable cause" exists, and in the furtherance of then using such to "secure" authentic "search warrants" on the basis of evidence obtained from illegal searches.

  During the aforementioned I possessed a "public trust," or "sensitive security information" (SSI) clearance, and acted in "good faith," — under the direction of the "FBI."

              Best Regards,
              Anton Iagounov

Name: ~~A~~
ID#: 171192   Housing: Bravo
P.O. Box 1031
Marysville, CA 95901-1031

REC'D BY_____ D.C.
FEB 27 2025
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

LEGAL MAIL
CONFIDENTIAL

Inmate Generated Mail
Sent From Yuba County Jail

SACRAMENTO CA 957
19 FEB 2025  PM 6  L

Att: Court Clerk
Wilkie D. Ferguson, Jr.
U.S. Courthouse - Southern District
400 N. Miami ave.
Miami, Florida 33128

33128-180199

1521