UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO.: 23-CR-80101-AMC

UNITED STATES OF AMERICA,

Plaintiff,

v.

DONALD J. TRUMP, WALTINE NAUTA,
and CARLOS DE OLIVEIRA

Defendants.



FILED BY ___MC___ D.C.

MAR 12 2025

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

**UNOPPOSED MOTION OF THE KNIGHT FIRST AMENDMENT INSTITUTE AT COLUMBIA UNIVERSITY AND AMERICAN OVERSIGHT FOR LEAVE TO FILE REPLY BRIEFS OF NOT MORE THAN FIFTEEN PAGES EACH BY MARCH 31, 2025**

Prospective Intervenors the Knight First Amendment Institute at Columbia University ("Knight Institute") and American Oversight respectfully request that the Court set a briefing schedule for their reply briefs on their respective motions to intervene. Specifically, the Knight Institute and American Oversight request that the Court permit each of them to file a consolidated reply brief by March 31, 2025, with the body of each reply brief not to exceed fifteen double-spaced pages.

**BACKGROUND**

On February 14, 2025, American Oversight filed an Expedited Motion to Intervene and for Clarification or, Alternatively, Dissolution of January 21, 2025 Order Granting Defendants' Emergency Motion to Preclude Release of Volume II of Special Counsel's Report [ECF No. 717].

1

On February 24, 2025, the Knight Institute filed a Motion to Intervene to Seek Rescission of the Court's January 21, 2025 Order and Public Release of Volume II of the Special Counsel's Report [ECF No. 721].

On February 28, 2025, this Court set a briefing schedule for Walt Nauta, Carlos De Oliveira, and the United States to respond to those motions to intervene [ECF No. 726]. The Court ordered Walt Nauta and Carlos De Oliveira to file a combined response by March 14, 2025, and ordered the United States to file a response by March 21, 2025, with the body of each response not to exceed thirty double-spaced pages. *Id.* The Court's Order did not, however, address the timing or length of the prospective intervenors' reply briefs. *Id.*

On March 7, 2025, the United States filed an unopposed motion requesting that the Court grant it an extension until March 24, 2025, to file its response [ECF No. 728].

The Knight Institute and American Oversight respectfully request that the Court permit each of them to file consolidated reply briefs by no later than March 31, 2025, with the body of each reply brief not to exceed fifteen double-spaced pages.

## LOCAL RULE 88.9(a) CONFERRAL

Undersigned counsel for the Knight Institute and counsel for American Oversight conferred with counsel for the United States, counsel for Walt Nauta, and counsel for Carlos De Oliveira regarding the relief sought in this Motion. Counsel for the United States advised that the government agrees to the relief sought, and counsel for Walt Nauta and counsel for Carlos De Oliveira advised that they take no position.

Dated: March 12, 2025

/s/ Adam M. Schachter
Adam M. Schachter
Florida Bar No. 647101
Barbara R. Llanes
Florida Bar No. 1032727
Gelber Schachter & Greenberg, P.A.
One Southeast Third Avenue, Suite 2600
Miami, Florida 33131
Phone: (305) 728-0950
aschachter@gsgpa.com

Loree Stark (*pro hac vice* pending)
Elizabeth Haddix (*pro hac vice* pending)
American Oversight
1030 15th St. NW, B255
Washington, D.C. 20005
Phone: 304-913-6114
loree.stark@americanoversight.org

*Counsel for Prospective Intervenor American Oversight*

Respectfully submitted,

/s/ David M. Buckner
David M. Buckner, Esq.
Florida Bar No. 60550
Buckner + Miles
2020 Salzedo Street
Suite 302
Coral Gables FL 33134
Phone: (305) 964-8003
david@bucknermiles.com

Scott Wilkens (*pro hac vice* pending)
Anna Diakun (*pro hac vice* pending)
Jameel Jaffer (*pro hac vice* pending)
Knight First Amendment Institute
  at Columbia University
475 Riverside Drive, Suite 302
New York, N.Y. 10115
Phone: (646) 745-8500
scott.wilkens@knightcolumbia.org

*Counsel for Prospective Intervenor Knight First Amendment Institute at Columbia University*

## CERTIFICATE OF SERVICE

I, David Buckner, do hereby certify that I have filed the foregoing Motion of the Knight First Amendment Institute at Columbia University and American Oversight for Leave to File Reply Briefs of Not More Than Fifteen Pages by March 31, 2025. Notice of this filing will be filed by hand with the Clerk of the Court for the United States District Court for the Southern District of Florida on March 12, 2025. All participants in the case are registered CM/ECF users, and service will be accomplished by the CM/ECF system. All other parties will be served by regular U.S. mail.

Dated: March 12, 2025                                         Respectfully submitted,

/s/ David Buckner
David M. Buckner, Esq.
Florida Bar No. 60550
Buckner + Miles
2020 Salzedo Street
Suite 302
Coral Gables FL 33134
(305) 964-8003

*Counsel for Prospective Intervenor Knight First Amendment Institute at Columbia University*