**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

**CASE NO.: 23-CR-80101-AMC**

UNITED STATES OF AMERICA,

        Plaintiff,

v.

DONALD J. TRUMP, WALTINE NAUTA,
and CARLOS DE OLIVEIRA,

        Defendants.

**NOTIFICATION OF NINETY DAYS EXPIRING REGARDING**
**KNIGHT INSTITUTE'S MOTION TO INTERVENE**

Prospective intervenor Knight First Amendment Institute at Columbia University ("Intervenor"), through its undersigned counsel and pursuant to S.D. Fla. L.R. 7.1(b)(4)(B), submits this Notification of Ninety Days Expiring Regarding its Motion to Intervene, and states as follows:

1. On February 24, 2025, Intervenor filed its Motion to Intervene to Seek Rescission of the Court's January 21, 2025 Order and Public Release of Volume II of the Special Counsel's Report [DE 721].

2. On March 14, 2025, Defendants Waltine Nauta and Carlos De Oliveira filed their response to the Motion to Intervene [DE 739].

3. On March 24, 2025, the United States filed its response to the Motion to Intervene [DE 740].

4. On March 31, 2025, Intervenor filed its Reply with regard to the Motion to Intervene [DE 745].

1

5. To date, there has not been a ruling on Intervenor's Motion to Intervene, and 90 days have elapsed since the Intervenor filed its Reply.

WHEREFORE, Intervenor respectfully notifies the Court that its Motion to Intervene is ripe for adjudication.

Dated: July 7, 2025

Respectfully submitted,

/s/ David Buckner
David Buckner
Florida Bar No.: 60550
Buckner + Miles
2020 Salzedo Street
Suite 302
Coral Gables FL 33134
Phone: (305) 964-8003
david@bucknermiles.com

Scott Wilkens (*pro hac vice*)
Anna Diakun (*pro hac vice*)
Jameel Jaffer (*pro hac vice*)
Knight First Amendment Institute
 at Columbia University
475 Riverside Drive, Suite 302
New York, N.Y. 10115
Phone: (646) 745-8500
scott.wilkens@knightcolumbia.org

*Counsel for Prospective Intervenor Knight
 First Amendment Institute at Columbia
 University*

**CERTIFICATE OF SERVICE**

I, David Buckner, do hereby certify that I have filed the foregoing Notice electronically with the Clerk of the Court using CM/ECF for the United States District Court for the Southern District of Florida on July 7, 2025.

                                                    */s/ David Buckner*
                                                    David M. Buckner, Esq.

                                                    *Counsel for Prospective Intervenor*