UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 23-80101-CR-CANNON-REINHART

UNITED STATES OF AMERICA,

    *Plaintiff,*

v.

DONALD J. TRUMP, et al.,

    *Defendants*.

**UNOPPOSED MOTION TO WITHDRAW AS COUNSEL FOR *AMICI CURIAE***

Attorney Gene C. Schaerr of the law firm Schaerr Jaffe LLP, admitted to practice in this matter *pro hac vice,* respectfully moves to withdraw his appearance as counsel for *Amici Curiae* Former United States Attorney General Edwin Meese III, Professors of Law Steven Calabresi and Gary Lawson, Citizens United, and Citizens United Foundation. All parties consent to the withdrawal. *Amici* continue to be represented by attorney Edward H. Trent of Schaerr Jaffe LLP.

February 26, 2026

Respectfully submitted,

*/s/ Edward H. Trent*
GENE C. SCHAERR*
EDWARD H. TRENT (FSB #957186)
 *Counsel of Record*
SCHAERR | JAFFE LLP
1717 K Street NW, Suite 900
Washington, DC 20006
(202) 787-1060
gschaerr@schaerr-jaffe.com
etrent@schaerr-jaffe.com

*Admitted *pro hac vice*

*Counsel for Amici Curiae*

2

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 26th day of February, 2026, I caused a true and correct copy of the foregoing to be served via ECF on all parties and counsel of record in this matter.

                                              */s/ Edward H. Trent*
                                              Edward H. Trent